# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

LAWRENCE MEADOWS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
et al.,

    Defendants.
_____/

CASE NO. 2:26-CV-00679-ARL

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, John M. Pellettieri, hereby appear as counsel for Defendants Allied Pilots Association and Nick Silva. All notices given in this action and all papers filed herein shall be served upon the undersigned at the address below.

Dated: February 23, 2026

Respectfully submitted,

*/s/ John M. Pellettieri*
John M. Pellettieri
BREDHOFF & KAISER, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
Phone: 202-842-2600
Fax: 202-842-1888
jpellettieri@bredhoff.com

*Counsel for Defendants Allied Pilots Association and Nick Silva*