UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE MEADOWS,

    Plaintiff,                                                                  CASE NO. 2:26-CV-00679-ARL

v.

**AMERICAN AIRLINES, INC.,**
et al.

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY DEFENDANTS ALLIED PILOTS ASSOCIATION AND NICK SILVA, JOINED BY AMERICAN AIRLINES, INC.

Defendants Allied Pilots Association ("APA") and Nick Silva (collectively, the "Movants"), respectfully move for an extension of time until Monday, April 13, 2026, to respond to the Complaint filed in this action by *pro se* Plaintiff Lawrence Meadows. April 13, 2026 is the deadline for the response to the Complaint by non-movant Defendant Sue Edwards, and the Movants seek an extension so that all Defendants' responses will be due on the same date. American Airlines, Inc. ("American") does not move for an extension because it has not yet been served with the Complaint, but joins the motion because it agrees that it makes sense to have all Defendants' responses due on the same date. In further support of this motion, Movants and American state as follows:

1. Plaintiff is a former employee of American and a former member of APA—a labor union that represents the pilots at American—with a long history of unsuccessfully suing American and APA regarding his termination from American nearly 15 years ago in October 2011. *See*, *e.g.*, *Meadows v. Am. Airlines*, No. 1:24-CV-20518-DPG, 2024 WL 5248006, at *1 (S.D. Fla. Oct. 22,

1

2024), *report and recommendation adopted*, 2024 WL 5245945 (S.D. Fla. Dec. 30, 2024), *and appeal filed* (11th Cir. Jan. 30, 2025) (noting at least "33 litigation matters" brought by Plaintiff, most concerning Plaintiff's termination from American in 2011); *In re AMR Corp.* 2016 WL 1559294, at *7-9, (Bankr. S.D.N.Y., Apr. 14, 2016), *aff'd* 764 F. App'x 88 (2d Cir. 2019).

2. Mr. Silva is currently serving as the President of APA.

3. Ms. Edwards is a lawyer who has served as outside counsel to APA.

4. On February 6, 2026, Plaintiff filed a 12-count, *pro se* Complaint against American, APA, Mr. Silva, and Ms. Edwards, together with ten unnamed Defendants.

5. On that same day, Plaintiff served the Complaint on APA and Nick Silva, making their response to the Complaint due on February 27, 2026, pursuant to Rule 12(a)(1)(A)(i).

6. Plaintiff has not yet served American with the Complaint.

7. Plaintiff requested a waiver of service for Sue Edwards on February 11, 2026, and an executed waiver of service was returned on her behalf on February 12, 2026 by counsel for APA, who was authorized by Ms. Edwards to execute such waiver on her behalf. Pursuant to Rule 12(a)(1)(A)(ii), Ms. Edwards' response to the Complaint is therefore due on April 11, 2026, but because that is a Saturday, the deadline is extended until Monday, April 13, 2026. After undersigned counsel conferred with Plaintiff regarding this motion on February 20, 2026, Plaintiff sent an e-mail on February 23, 2026, purporting to rescind the waiver of service and effected personal service on Ms. Edwards. *See* Attachment A. The Federal Rules of Civil Procedure, however, do not provide for the rescission of a waiver of service once executed and returned.

8. Counsel for APA and Mr. Silva also represent APA in another pending lawsuit filed by Plaintiff against APA arising out of his 2011 termination from American in the Southern District of Florida, *Meadows v. APA*, 1:17-cv-22589-EA (S.D. Fla.). That case is in active discovery, which

is scheduled to close on March 14, 2026. *Id.*, ECF No. 177. At least two depositions are expected to occur within the coming weeks, and dispositive motions are due by April 1, 2026. *Id.* Plaintiff has filed pending motions as to which APA's response is due within the next two weeks as well.

9. Defendant American is also engaged in other pending litigation with Plaintiff. Plaintiff's most recent lawsuit against American is currently on appeal in the Eleventh Circuit. *See Meadows v. American Airlines.*, 25-10297 (11th Cir.). Briefing in that appeal is set to be completed on March 2, 2026. Counsel for American in this case also represents American in that earlier-filed lawsuit.

10. An extension for the Movants to April 13, 2026 to respond to the Complaint, and setting American's response for the same date, would put all of the Defendants' responses, and any subsequent briefing related to those responses, on the same schedule. In addition, counsel for APA requires additional time to respond to the Complaint in this case in light of counsel's workload related to the ongoing discovery activities and motion practice in Plaintiff's Southern District of Florida action.

11. This motion is made in good faith and not for purposes of delay. Plaintiff will not be prejudiced by the requested extension.

12. Pursuant to Local Rule 7.1(a)(3), Defendants have conferred in writing with Plaintiff and Ms. Edwards. Plaintiff opposes the Movants' request to extend the deadline to April 13, 2026. On Friday, February 20, 2026, Plaintiff stated that he would agree to a 14-day extension of the deadline, but on Monday, February 23, 2026, Plaintiff stated that he was revoking that offer. *See* Attachment A. Ms. Edwards does not oppose the motion.

WHEREFORE, Defendants APA and Nick Silva respectfully request an extension of their deadline to respond to the Complaint to April 13, 2026, and American requests that its deadline to

respond—despite not yet being served—also be set for April 13, 2026, so that the responses from all Defendants would be due on the same date.

Dated: February 23, 2026                                     Respectfully submitted,

*/s/ John M. Pellettieri*
Joshua B. Shiffrin*
John M. Pellettieri
Lane M. Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
jpellettieri@bredhoff.com
lshadgett@bredhoff.com
*Pro Hac Vice* Applications Forthcoming

*Counsel for Defendants Allied Pilots Association and Nick Silva*

*/s/ Mark W. Robertson*
Mark W. Robertson
O'MELVENY
1301 Avenue of the Americas
 Suite 1700
New York, NY 10019
(212)326-2000
mrobertson@omm.com

*Counsel for Defendants American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was served on Plaintiff Lawrence Meadows via ECF and via first class mail and email on February 23, 2026 as follows:

    Lawrence Meadows
    2110 Jackson Avenue
    Seaford, NY 11783
    516-982-7718
    lawrencemeadows@yahoo.com

                                           */s/ John M. Pellettieri*
                                           John M. Pellettieri