# ATTACHMENT A

# Joshua Shiffrin

| | |
|---|---|
| **From:** | Lawrence Meadows <lawrencemeadows@yahoo.com> |
| **Sent:** | Monday, February 23, 2026 7:43 AM |
| **To:** | Joshua Shiffrin |
| **Cc:** | John M. Pellettieri; Lane Shadgett; Capri Trigo; Andrew Dymowski; Caitlin Kekacs; Justine Nguyen |
| **Subject:** | [EXTERNAL] Re: EDNY Lawsuit-- Time to Respond to Complaint |

**To:** jshiffrin@bredhoff.com
**Cc:** All Counsel of Record

**Subject: EDNY Lawsuit — Status of Representation and Response Deadlines**

Mr. Shiffrin,

I am in receipt of your email of February 20, 2026. This letter addresses the issues raised therein and your subsequent failure to respond.

**First**, your statement that you "expect that Ms. Edwards will be represented by separate counsel" directly contradicts your execution of a waiver of service on her behalf. This creates an untenable ambiguity regarding your authority to act for Ms. Edwards. Accordingly, we consider the waiver of service you executed to be invalid and are effectuating formal personal service upon Ms. Edwards immediately.

**Second**, given that you did not accept my counteroffer of a 14-day extension by close of business Friday, that offer is now withdrawn. APA and Mr. Silva's responses remain due on their original deadline of February 27, 2026. No further extension will be granted. Should they fail to answer or otherwise respond by that deadline, we will move for default.

**Third**, your joint representation of both APA and Mr. Silva presents an obvious conflict. Mr. Silva's individual acts alleged in the Complaint - especially the revocation of my membership and extinguishment of my grievance rights without due process in violation of the LMRDA and RLA - were outside the scope of his authority and create an unwaivable conflict for your firm. We will move to disqualify Bredhoff & Kaiser from representing Mr. Silva if he remains jointly represented.

Govern yourself accordingly.

Regards,

Lawrence Meadows


On Friday, February 20, 2026 at 03:19:12 PM EST, Lawrence Meadows <lawrencemeadows@yahoo.com> wrote:


**To:** jshiffrin@bredhoff.com
**Cc:** All Counsel of Record
**Date:** February 20, 2026

**Subject: Re: EDNY Lawsuit— Time to Respond to Complaint**

Mr. Shiffrin,

I am in receipt of your email.

First, I note your confirmation that Ms. Edwards will now be represented by separate counsel. This substantiates the clear and unwaivable conflict of interest I have previously raised with both you and the Court in the Southern District of Florida action.

Second, your request for a nearly two-month extension until April 13 is unreasonable, prejudicial, and wholly unacceptable. It is a transparent attempt to delay the commencement of discovery in this action until after critical deadlines have passed in the related SDFL matter, thereby rewarding your client's ongoing obstruction in that forum.

However, as a professional courtesy, I will consent to a one-time extension of **fourteen (14) days** from the original response deadline for APA, Mr. Silva, and American to answer or otherwise respond to the Complaint. This is a reasonable accommodation.

Please confirm by the close of business on Monday, February 23, if you will accept this reasonable extension. If not, I will **vigorously oppose** any motion you file seeking a longer delay.

Regards,

Lawrence Meadows

On Friday, February 20, 2026 at 12:12:48 PM EST, Joshua Shiffrin <jshiffrin@bredhoff.com> wrote:

Mr. Meadows:

I write on behalf of my clients in the EDNY action, APA and Mr. Silva.  (I expect that Ms. Edwards will be represented by separate counsel.)  American, APA, and Mr. Silva intend to file a  joint motion to extend the time for their responses to the Complaint to April 13, 2026, which is the date for Ms. Edwards' response to the Complaint in light of the executed waiver of service.   Please let us know by the close of business today whether you consent to this joint request.

Sincerely,

Joshua Shiffrin

## Disclaimer

This electronic transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this electronic transmission in error, please delete the e-mail and notify us immediately by telephone or by reply e-mail. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience.