AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| LAWRENCE MEADOWS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-cv-00679-EK-ARL |
| AMERICAN AIRLINES, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Airlines, Inc.

Date: 02/23/2026

/s/ Mark W. Robertson
*Attorney's signature*

Mark W. Robertson #4508248
*Printed name and bar number*

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
*Address*

mrobertson@omm.com
*E-mail address*

(212) 326-4329
*Telephone number*

(212) 326-2061
*FAX number*