IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE MEADOWS,<br><br>      Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC., ALLIED PILOTS ASSOCIATION, NICK SILVA, in his individual capacity, SUE EDWARDS, in her individual capacity, and DOES 1-10,<br><br>      Defendants. | Case No. 2:26-cv-00679-EK-ARL<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Airlines, Inc. makes the following disclosure: American Airlines, Inc. is a wholly-owned subsidiary of American Airlines Group Inc., a publicly traded corporation listed on NASDAQ (NASDAQ: AAL), which holds one hundred percent (100%) of the stock of American Airlines, Inc. No publicly held corporation holds ten percent or more of the stock of American Airlines Group Inc.

Dated:  February 23, 2026

Respectfully submitted,

By: */s/ Mark W. Robertson*
Mark W. Robertson
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, NY  10019
Telephone:  (212) 326-2059
Facsimile:  (212) 326-2226
Email: mrobertson@omm.com

*Attorney for Defendant*
*American Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement was served this day on Plaintiff Lawrence Meadows by U.S. Mail to 2110 Jackson Ave., Seaford, NY 11783.

/s/ *Mark W. Robertson*
Mark W. Robertson

*Attorney for Defendant*
*American Airlines, Inc.*