UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE MEADOWS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
et al.

    Defendants.
_____/

CASE NO. 2:26-CV-00679-ARL

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Joshua B. Shiffrin, will move this Court pursuant to Rule 1.3(i) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Bredhoff & Kaiser, P.L.L.C. and a member in good standing of the bars of the State of Maryland and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Allied Pilots Association and Nick Silva. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 23, 2026

Respectfully submitted,

*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin
BREDHOFF & KAISER, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
Phone: 202-842-2600
Fax: 202-842-1888
jshiffrin@bredhoff.com

*Counsel for Defendants Allied Pilots Association and Nick Silva*