UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LAWRENCE MEADOWS,**
    Plaintiff,

v.

**AMERICAN AIRLINES, INC.,
ALLIED PILOTS ASSOCIATION,
NICK SILVA,** in his individual capacity,
**SUE EDWARDS**, in her individual capacity
and, **DOES 1-10.**
    Defendants.

Case No. 2:26-CV-00679-ARL

_____/

### NOTICE OF FILING AFFIDAVITS OF SERVICE

Plaintiff Lawrence Meadows, proceeding *pro se*, hereby files the attached Affidavits of Service as proof of service of the Summons and Complaint upon the following Defendants:

1. **Allied Pilots Association**, served on February 6, 2026. (See Exhibit A).
2. **Nick Silva**, served on February 6, 2026. (See Exhibit B).
3. **Sue Edwards**, served on February 23, 2026. (See Exhibit C).

Dated: February 23, 2026

Respectfully submitted,

*/s/ Lawrence M. Meadows*
Lawrence M. Meadows
Plaintiff, *Pro Se*
2110 Jackson Ave.
Seaford, NY 11783
(516) 982-7718
lawrencemeadows@yahoo.com

1

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on February 23, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S. Mail on all counsel of record.

*[signature]*

Lawrence M. Meadows

## SERVICE LIST

**John M. Pellettieri, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Counsel for Defendants APA and Nick Silva*

**Sue Edwards, Esq.**
1169 Betts Bridge Rd.
West Pawlet, VT 05775
sueedwardsesq@yahoo.com
*Defendant*

# **EXHIBIT A**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York



| | |
|---|---|
| Lawrence Meadows <br><br> *Plaintiff(s)* <br> v. <br> American Airlines, Inc; Allied Pilots Association, Nick Silva, in his individual capacity, Sue Edwards in her individual capacity, and Does 1-10 <br><br> *Defendant(s)* | Civil Action No. 26-cv-679-EK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

| Allied Pilots Assocaition | American Airlines, Inc c/o CT | Nick Silva | Sue Edwards |
|---|---|---|---|
| 14600 Trinity Blvd. Suite 500 | Corporation System 28 Liberty St. | 14600 Trinity Blvd. Suite 500 | 1169 Betts Bridge Rd. |
| Fort Worth, TX 76155 | New York, NY 10005 | Fort Worth, TX 76155 | West Pawlet, VT 05775 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Plaintiff:

**Lawrence Meadows**
2110 Jackson Ave.
Seaford, NY 11783

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: 02/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-679-EK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Allied Pilots Association
was received by me on *(date)* Feb 6, 2026, at 3:02 PM .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Nick Silva , who is designated by law to accept service of process on behalf of *(name of organization)* Allied Pilots Association 14600 TRINITY BOULEVARD, Suite 500, FORT WORTH, TX 76155 on *(date)* 02/06/2026 at 4:44pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Erica Porter
*Printed name and title*

1713 Sparrow Street, Denton, Texas 76205

1713 Sparrow Street, Denton, Texas 76205
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT B**

OpenSign™ DocumentId: muDxBSAxGq

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York



| Lawrence Meadows | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 26-cv-679-EK |
| American Airlines, Inc; Allied Pilots Association, Nick Silva, in his individual capacity, Sue Edwards in her individual capacity, and Does 1-10 | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

| Allied Pilots Assocaition | American Airlines, Inc c/o CT | Nick Silva | Sue Edwards |
|---|---|---|---|
| 14600 Trinity Blvd. Suite 500 | Corporation System 28 Liberty St. | 14600 Trinity Blvd. Suite 500 | 1169 Betts Bridge Rd. |
| Fort Worth, TX 76155 | New York, NY 10005 | Fort Worth, TX 76155 | West Pawlet, VT 05775 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pro se Plaintiff:

Lawrence Meadows
2110 Jackson Ave.
Seaford, NY 11783

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-679-EK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nick Silva__

was received by me on *(date)* __Feb 6, 2026, at 3:02 PM__ .

☐ I personally served the summons on the individual at *(place)* _____

__14600 TRINITY BOULEVARD, Suite 500, FORT WORTH, TX 76155__ on *(date)* __02/06/2026 at 4:44pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

__Erica Porter__  __25096__
*Printed name and title*

__1713 Sparrow Street, Denton, Texas 76205__
*Server's address*

Additional information regarding attempted service, etc:

# **EXHIBIT C**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York



Lawrence Meadows

*Plaintiff(s)*

v.

American Airlines, Inc; Allied Pilots Association, Nick Silva, in his individual capacity, Sue Edwards in her individual capacity, and Does 1-10

*Defendant(s)*

Civil Action No. 26-cv-679-EK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Allied Pilots Assocaition**
14600 Trinity Blvd. Suite 500
Fort Worth, TX 76155

**American Airlines, Inc** c/o CT
Corporation System 28 Liberty St.
New York, NY 10005

**Nick Silva**
14600 Trinity Blvd. Suite 500
Fort Worth, TX 76155

**Sue Edwards**
1169 Betts Bridge Rd.
West Pawlet, VT 05775

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se Plaintiff:

**Lawrence Meadows**
2110 Jackson Ave.
Seaford, NY 11783

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-679-EK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sue Edwards

was received by me on *(date)* 2/21/2026 .

☒ I personally served the summons on the individual at *(place)* 169 Betts Bridge rd Pawlet VT 05775 on *(date)* 2/23/2026 @ 7:54 am

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/23/26

*Server's signature*

Grant Goebel Process Server
*Printed name and title*

A7 pearl St Essex VT 05452
*Server's address*

Additional information regarding attempted service, etc:
Sue Edwards
Caucasian, Female, 50's, 5'6", 140 lbs, blue eyes
White Subaru Crosstrek in garage
VT: HRW 412