```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAWRENCE MEADOWS,
```
                          Plaintiff,                        **ORDER**
                                                              26-CV-679 (EK) (ARL)

   -against-

```
AMERICAN AIRLINES, INC., ALLIED
PILOTS ASSOCIATION, NICK SILVA,
SUE EDWARDS, and DOES 1-10,

                        Defendants.
------------------------------------------------------------X
```
**LINDSAY, United States Magistrate Judge:**

      Plaintiff Lawrence Meadows, *pro se*, filed this fee-paid complaint on February 6, 2026, and the Clerk of Court issued Summons.

      Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff shall have ninety (90) days from February 6, 2026, to serve defendant and file proof of proper service with the Court. If proper service is not made by May 7, 2026, or if plaintiff fails to show good cause why such service has not been made by that date, I shall recommend that the Court dismiss this action without prejudice.

      Enclosed is a copy of the "Individual Practices of Magistrate Judge Arlene R. Lindsay." Plaintiff and defendants are required to follow the individual rules of the undersigned and Judge Komitee. These rules are also available on the Court's website at https://www.nyed.uscourts.gov/judges-info.

**Consent for Electronic Service**

Plaintiff may choose to receive electronic notification of court-issued filings in this civil case. By registering for electronic notification, plaintiff will be waiving the right to receive service of court-issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments, and appeal instructions in paper form by mail. Instead, plaintiff will be sent notices of electronic filing via e-mail. Because plaintiff will be receiving court-issued documents only in electronic form, plaintiff must maintain a valid email address and regularly check email. The form is available at https://www.nyed.uscourts.gov/pro-se-forms-and-instructions. Plaintiff is advised that even if he chooses to receive electronic notifications in this action, he is still required to advise the Court of any mailing address changes. Failure to keep the Court informed of plaintiff's current address may result in dismissal of the case.

For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665 (Brooklyn) or (631) 712-6060 (Central Islip).

To make an appointment for free, confidential, limited-scope legal assistance, Plaintiff may contact the City Bar Justice Center's Federal Pro Se Legal Assistance Project at the **Brooklyn** Federal Courthouse at 212-382-4729 or online at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project or the Hofstra Law Pro Se Legal Assistance Program in **Central Islip** by emailing PSLAP@Hofstra.edu or by calling (631) 297-2575. These projects are not a part of, or affiliated with, the Court.

SO ORDERED.

Dated: February 25, 2026
      Brooklyn, New York

                                                            s/ Arlene R. Lindsay
                                                            ARLENE R. LINDSAY
                                                           United States Magistrate Judge