# BREDHOFF & KAISER, P.L.L.C.

Bruce R. Lerner
Anne Ronnel Mayerson
Leon Dayan
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs
Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
Members
——————
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Andrew D. Roth
Senior Counsel

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Ernest Zhu
Faaris (Fares) Akremi
Cole D. Hanzlicek
Kara A. Naseef
Ian J. Postman
Derrick C. Rice
Lane M. Shadgett
J. Alex Rowell
Rachel S. Casper
Andrew K. Waks
Swapnil Agrawal
Associates
——————
Roger Pollak
Richard F. Griffin, Jr.
Linda A. Elliott
Deedee Fitzpatrick
Jonathan J. Boyles
John M. Pellettieri
Tzvi Mackson
Of Counsel
——————
Elizabeth A. Swan
Staff Counsel

March 17, 2026

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Komitee:

We write on behalf of Defendants Allied Pilots Association ("APA") and Nick Silva in response to Plaintiff Lawrence Meadows' March 13, 2026, letter requesting a pre-motion conference regarding a motion to stay all proceedings in this case.

Plaintiff seeks a stay of all proceedings in this case pending decision of a "motion to transfer venue" that he has filed in a separate case he has brought against APA in the Southern District of Florida, *Meadows v. Allied Pilots Assoc.*, Case No. 17-cv-22589-EA (S.D. Fla.). Plaintiff's "motion to transfer venue" asks that the Florida district court "recommend[]" that the case before this Court—which Plaintiff chose to file in this district less than a month ago, and which includes a number of defendants not named in the Florida action—be transferred to the Southern District of Florida and consolidated with his pending case against APA. *See* Plaintiff's 3/13/26 Letter, Exhibit 1 at 3. APA's position is that the "motion to transfer venue" that Plaintiff filed in his Florida case is frivolous, as the Florida district court lacks authority to transfer a case pending in a different jurisdiction to itself, *see Parker v. Polaris Indus.*, No. 06-61389-CIV, 2006

WL 8432621, at *1 (S.D. Fla. Dec. 28, 2006) (citing *Nat'l Equip. Rental, Ltd. v. Fowler,* 287 F.2d 43, 47 (2d Cir. 1961)), and Plaintiff's request for an order "recommending" transfer seeks an impermissible advisory opinion, *see, e.g.*, *Giron-Garcia v. U.S. Att'y Gen.*, 845 F. App'x 822, 826 (11th Cir. 2021).

Thus, Plaintiff has not identified a basis for a stay of all proceedings in this case, and Plaintiff's request for a pre-motion conference should be denied.

Sincerely,

*/s/Joshua B. Shiffrin*

Joshua B. Shiffrin*

John M. Pellettieri
Lane M. Shadgett*
BREDHOFF & KAISER PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
jpellettieri@bredhoff.com
lshadgett@bredhoff.com
*Admitted *Pro Hac Vice*

*Counsel for Defendants Allied Pilots Association and Nick Silva*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing response letter was served on all parties via ECF.  In addition, a true and correct copy of the foregoing response letter was served on *pro se* Plaintiff via first class mail and email on March 17, 2026 as follows:

Lawrence Meadows
2110 Jackson Avenue
Seaford, NY 11783
516-982-7718
lawrencemeadows@yahoo.com


*/s/ Joshua B. Shiffrin*
Joshua B. Shiffrin