# BOND SCHOENECK & KING

68 South Service Road, Suite 400 | Melville, NY 11747 | **bsk.com**

**HOWARD M. MILLER, ESQ.**
MillerH@bsk.com
P: 516.267.6318
F: 516.267.6301

March 24, 2026

*Via ECF*

Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Meadows v. American Airlines, et. al.*  (26-civ-679)

Dear Judge Komitee,

We represent Defendant Sue Edwards in the above-referenced matter and respectfully submit this letter in opposition to the Order to Show Cause issued by the Court.

In addition to the reasons stated in our previous letter opposing the stay request, we join the reasons set forth in the Allied Pilots Association's letter of this morning. The Florida court would not have personal jurisdiction over Ms. Edwards. Consequently, this Court "has no power to transfer this case…" *Trade Arbed v. M.V. Adriatic*, 1983 U.S. Dist. LEXIS 16934, at *5 (S.D.N.Y. May 16, 1983) (denying transfer motion where transferee court lacked personal jurisdiction over all parties).

Respectfully submitted,

Howard. M., Miller, Esq.

cc:    **By e-filing, overnight mail and email**
Lawrence M. Meadows
2110 Jackson Avenue
Seaford, NY 11783

23207626.v1-3/24/2026

Attorneys At Law | A Professional Limited Liability Company