

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

March 25, 2026

**Mark W. Robertson**
D: +1 212 326 4329
mrobertson@omm.com

**BY ECF**

Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Meadows v. Am. Airlines, Inc., 2:26-cv-00679-EK-ARL (E.D.N.Y.)*

Dear Judge Komitee:

On behalf of Defendant American Airlines, we write in response to this Court's March 19, 2026 Order to Show Cause, requesting Defendants' position as to why this action should not be transferred to the Southern District of Florida. American does not assert that this action should not be transferred, and is situated differently than the other Defendants in terms of personal jurisdiction. In that regard, American reserves its right to challenge personal jurisdiction if this action remains in the Eastern District of New York. *See*, *e.g.*, *Edwardo v. Roman Cath. Bishop of Providence*, 66 F.4th 69, 75-76 (2d Cir. 2023) (holding under relevant New York long-arm statute provisions the claim asserted must arise from the defendant's business activity so that there is a direct relation between the cause of action and the in-state business conduct or the defendant must have committed tortious conduct in New York for exercise of personal jurisdiction to be proper).

Sincerely,

*/s/ Mark W. Robertson*

Mark W. Robertson
of O'MELVENY & MYERS LLP

cc:   All Counsel of Record (via ECF)