*** Filed ***
01:38 PM, 04 May, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LAWRENCE MEADOWS,
    Plaintiff,


    v.


AMERICAN AIRLINES, INC., et al.,
    Defendants.


**CASE NO. 2:26-cv-00679-EK-ARL**
**HONORABLE ERIC R. KOMITEE**
_____/

### NOTICE OF VOLUNTARY DISMISSAL OF
### <u>DEFENDANT AMERICAN AIRLINES, INC. WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lawrence Meadows,

hereby gives notice that all claims asserted against Defendant American Airlines, Inc. are

voluntarily dismissed without prejudice, with each party to bear its own costs and fees.


Dated: May 4, 2026


Respectfully submitted,

_L. M. Meadows_

_____
Lawrence M. Meadows
Plaintiff, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:<u>lawrencemeadows@yahoo.com</u>

1

## CERTIFICATE OF SERVICE

I, Lawrence Meadows, hereby certify that on May 4, 2026, I filed the foregoing via the

Court's CM/ECF Pro Se Portal, which will cause a notice of electronic filing to be sent to all

registered counsel listed below, and also sent via email and U.S. Mail.

_____
Lawrence M. Meadows
Plaintiff, Pro Se

### Service List

*Counsel for Defendants Allied Pilots Association and Nick Silva*
**Joshua Shiffrin**
**John M. Pelletieri**
**Lloyd T. Shadgett**
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
lshadgett@bredhoff.com
jpellettieri@bredhoff.com

*Counsel for Defendant Sue Edwards*
**David Henry Reinharz**
**Howard Marc Miller**
Bond, Schoeneck, & King, PLLC
68 South Service Road Suite 400
Melville, NY 11747-9750
631-761-0823
dreinharz@bsk.com
hmiller@bsk.com

*Counsel for Defendant American Airlines, Inc.*
**Mark W. Robertson**
O'Melveny & Myers LLP
1301 Avenue of the Americas Ste 1700
New York, NY 10019
mrobertson@omm.com

2