*** Filed ***
05:28 PM, 06 Jun, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LAWRENCE MEADOWS,
　　Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.,
　　Defendants.

CASE NO. 2:26-cv-00679-EK-ARL
HONORABLE ERIC R. KOMITEE
_____/

### NOTICE THAT PLAINTIFF'S MOTION TO STAY IS UNOPPOSED

Plaintiff Lawrence Meadows respectfully notifies the Court that his Motion for a Stay of Proceedings, for an Interim Stay, and to Hold Defendant's Motion to Dismiss in Abeyance (ECF No. 31), was filed on May 6, 2026.

Pursuant to this Court's April 7, 2026 Order (ECF No. 25), any opposition to Plaintiff's motion was due on or before June 3, 2026. That deadline has passed. The sole remaining Defendant, Allied Pilots Association ("APA"), has not filed an opposition. Plaintiff's motion is therefore unopposed and ripe for a decision.

Dated: June 6, 2026

Respectfully submitted,

_____
Lawrence M. Meadows
Plaintiff, *Pro Se*
1900 Sunset Harbour Drive, #2112

1

Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:lawrencemeadows@yahoo.com

**CERTIFICATE OF SERVICE**

I, Lawrence Meadows, hereby certify that on June 6, 2026, I filed the foregoing via the

Court's CM/ECF Pro Se Portal, which will cause a notice of electronic filing to be sent to all

registered counsel listed below, and also sent via U.S. Mail.

*L. M. Meadows*

Lawrence M. Meadows
Plaintiff, Pro Se

**Service List**

*Counsel for Defendants Allied Pilots Association and Nick Silva*

**Joshua Shiffrin**
**John M. Pelletieri**
**Lloyd T. Shadgett**
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
lshadgett@bredhoff.com
jpellettieri@bredhoff.com