**BREDHOFF & KAISER, P.L.L.C.**

*Attorneys & Counselors*

June 9, 2026

805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
Joshua B. Shiffrin
(202) 842-2600 TEL
(202) 842-1888 FAX

**<u>Via ECF</u>**

Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **Meadows v. American Airlines, Inc., et al., No. 26-CV-679**
>          **Response to Plaintiff's Motion for a Stay**

Dear Judge Komitee:

We represent defendant Allied Pilots Association (APA) in the above-referenced matter. We write to inform the Court that APA did not receive notice of Plaintiff's motion for a stay (ECF No. 31) until yesterday, June 8, 2026, when Plaintiff submitted a new filing (ECF No. 33) regarding that motion.

We did not receive ECF notifications via email regarding Plaintiff's stay motion, which is docketed at ECF No. 31, when it was filed.[1] And while the certificate of service accompanying the motion stated that Plaintiff sent the filing to APA's counsel by "email and U.S. Mail," ECF No. 31, at 6, we did not receive the filing from Plaintiff in that (or any other) manner. The first time APA learned about the stay motion was when Plaintiff filed a notice (ECF No. 33) on June 8, 2026, stating that APA's deadline to respond to the stay motion has passed and therefore his motion is "unopposed and ripe for a decision." ECF No. 33, at 1.

Plaintiff's stay motion asks the Court (ECF No. 31, at 4-5) to stay all proceedings in this case until the Eleventh Circuit decides a motion by Plaintiff in his appeal from the dismissal of a case that Plaintiff filed against American Airlines alleging violations of the Americans with Disabilities Act. *See Meadows v. Am. Airlines*, No. 24-CV-20518, 2024 WL 5248006 (S.D. Fla. Oct. 22, 2024) (report and recommendation on American's motion to dismiss). The motion in the Eleventh Circuit provides no basis to hold this case in abeyance. Although there is no need to expedite this case, APA believes it would be appropriate to set a briefing schedule for a motion to dismiss as set forth in APA's pre-motion letter (ECF No. 26). We further note that Plaintiff recently filed a letter (ECF No. 32) requesting leave to file a motion to transfer this case and thus Plaintiff no longer seeks a stay off all proceedings. APA will respond to Plaintiff's letter in due course.

---

[1] We have communicated with the Clerk's Office, which confirmed that ECF No. 31 was not emailed via ECF to counsel of record when it was filed on May 4, 2026. We will regularly check the electronic docket in the future to ensure that we do not miss future filings for any reason.

**BREDHOFF & KAISER, P.L.L.C.**

*Attorneys & Counselors*

June 9, 2026

805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
Joshua B. Shiffrin
(202) 842-2600 TEL
(202) 842-1888 FAX

Respectfully submitted,

/s/Joshua B. Shiffrin
Joshua B. Shiffrin (pro hac vice)
John M. Pellettieri
Lane Shadgett (pro hac vice)