# Attachment A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LAWRENCE MEADOWS,
    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION, et al.,
    Defendants.

CASE NO. 17-cv-22589-EA
HONORABLE JUDGE ED ARTAU

_____/

FILED BY _____ D.C.

JUN 11 2026

ANG...
CLERK ...
S. D. OF FLA. ...

## PLAINTIFF'S NOTICE OF FILING REGARDING PARALLEL PROCEEDINGS

Plaintiff, Lawrence Meadows, respectfully submits this Notice to inform the Court of a highly relevant development in a parallel federal action, *Meadows v. Allied Pilots Association*, Case No. 2:26-cv-00679-EK-ARL (E.D.N.Y.). This development bears directly on the pending Report and Recommendation (ECF No. 269), Plaintiff's associated Objection thereto (ECF No. 285), and the related pretrial motions.

On June 9, 2026, the Honorable Eric R. Komitee of the U.S. District Court for the Eastern District of New York issued an Order directing Defendant Allied Pilots Association ("APA") to file no later than June 22 a consolidated response to Plaintiff's request to transfer the action to this District. A true and correct copy of this Order is attached hereto as **Exhibit 1**.

Judge Komitee's Order was issued in response to Plaintiff's Pre-Conference Letter, a copy of which is attached as **Exhibit 2**. As detailed in that letter, the transfer request is based on the complex procedural posture of this case and the fact that the E.D.N.Y. action alleges duty of fair representation ("DFR") and LMRDA claims supported by post-2021 evidence. This includes evidence surrounding the fraudulent 2025 settlement agreement - which resolved Grievance 12-

1

012, the subject of Count III of Plaintiff's First Amended Complaint (ECF No. 35) - that was improperly excluded from this action due to the Magistrate's Protective Order (ECF No. 138). This improper exclusion is what triggered the filing of the E.D.N.Y. action.

This judicial action in New York, which may result in the imminent transfer and consolidation of that case with this one, would fundamentally alter this action and its procedural posture. Accordingly, in the interest of judicial comity and to avoid the risk of conflicting judgments or the issuance of a ruling that will be rendered moot, Plaintiff respectfully suggests that the most prudent course is for the Court to defer any ruling on the pending Report and Recommendation until the transfer issue in the second-filed action is resolved.

Dated: June 10, 2026

Respectfully submitted,

Lawrence M. Meadows, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:lawrencemeadows@yahoo.com

2

## CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify that on June 10th, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system, email, and U.S. Mail on all counsel of record.

Lawrence M. Meadows

## SERVICE LIST

**Capri Trigo, Esq.**
Gordon & Rees LLP
100 SE Second Street, Suite 3900
Miami, FL 33131
Email: ctrigo@gordonrees.com
*Lead Counsel for Defendant*

**John M. Pellettieri, Esq.**
**Lane Shadgett, Esq.**
**Grace Rybak, Esq.**
**Joshua B. Shiffrin, Esq.**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Emails: jshiffrin@bredhoff.com;
jpellettieri@bredhoff.com;
grybak@bredhoff.com;
*Pro Hac Vice Counsel for Defendant*

3