**BREDHOFF & KAISER, P.L.L.C.**

*Attorneys & Counselors*

805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
Joshua B. Shiffrin
(202) 842-2600 TEL
(202) 842-1888 FAX

July 1, 2026

Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:    Meadows v. American Airlines, Inc., et al., No. 26-CV-00679**
              **Clarification Regarding ECF No. 36**

Dear Judge Komitee:

We write to clarify a statement that we made on behalf of APA in a letter submitted on June 22, 2026 that addressed, among other things, Plaintiff's request that this case be transferred to the Southern District of Florida (ECF No. 36). In that letter, we stated that "APA is not aware of any witnesses (other than Plaintiff), documents, or facts that are located in Florida." We are aware of one other likely witness who resides in Florida who may have information relevant to the particular claims asserted in this action, former APA President Ed Sicher. (APA believes that the other Florida residents identified by Plaintiff in ECF No. 37 are unlikely to have information probative of the claims in this case.) Mr. Sicher's presence in Florida does not impact the analysis articulated in our submission as to why transfer of this case would not be appropriate.

              Respectfully submitted,

              */s/ Joshua B. Shiffrin*
              Joshua B. Shiffrin (pro hac vice)
              John M. Pellettieri
              Lane M. Shadgett (pro hac vice)

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing letter was served on all parties via ECF. In addition, a true and correct copy of the foregoing letter was served on *pro se* Plaintiff via first class mail and email on July 1, 2026, as follows:

Lawrence Meadows
2110 Jackson Avenue
Seaford, NY 11783
516-982-7718
lawrencemeadows@yahoo.com

            */s/ Joshua B. Shiffrin*
            Joshua B. Shiffrin