## SECOND CERTIFICATE OF SERVICE OF
## PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 11

I, Lawrence Meadows, Plaintiff Pro Se, hereby certify that on July 21, 2026, I electronically filed the foregoing Motion for Sanctions Pursuant to Rule 11 and Memorandum of Law in Support with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and also served via email, and Federal Express.

I further certify that, in compliance with the "Safe Harbor" provisions of Federal Rule of Civil Procedure 11(c)(2), the complete motion and memorandum were served more than twenty-one (21) days prior to filing, as follows:

1. **On June 25, 2026**, the complete motion and memorandum were served upon Defendant's counsel via email transmission.

2. **On June 29, 2026**, the complete motion and memorandum were served via Federal Express (FedEx) Priority Overnight delivery, with tracking and signature confirmation, upon:

   o **Joshua B. Shiffrin, Esq.** (Bredhoff & Kaiser, P.L.L.C., 805 Fifteenth St. NW, Suite 1000, Washington, D.C. 20005)

   o **John M. Pellettieri, Esq.** (Bredhoff & Kaiser, P.L.L.C., 805 Fifteenth St. NW, Suite 1000, Washington, D.C. 20005)

   o **Lane M. Shadgett, Esq.** (Bredhoff & Kaiser, P.L.L.C., 805 Fifteenth St. NW, Suite 1000, Washington, D.C. 20005)

No withdrawal of the offending signed ECF submissions was made by Defendant's counsel during the statutory safe harbor period, and only a deceptive partial letter of clarification (ECF No. 39) was filed.

Lawrence M. Meadows

7-1

## Service List

**Joshua Shiffrin**
**John M. Pelletieri**
**Lloyd T. Shadgett**
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
lshadgett@bredhoff.com
jpellettieri@bredhoff.com

*Counsel for Defendants Allied Pilots Association*

## Exhibit List:

- **Exhibit 1:** APA's S.D. Fla. Trial Witness List (S.D. Fla. ECF No. 273), listing Captain Dan Carey.

- **Exhibit 2:** APA's S.D. Fla. Initial Disclosures listing Florida residents, Captains Dan Carey, Ed Sicher and Pam Torell.

- **Exhibit 3:** APA's S.D. Fla. Amended Initial Disclosures re-listing Captains Dan Carey, Ed Sicher and Pam Torell, showing Captain Carey's address in Naples, Florida.

- **Exhibit 4:** Plaintiff's S.D. Fla. Initial Disclosures listing First Officers, Jay Wilhelm, Pete Lepore, and Kathy Emery; and Captains Dan Carey and Ed Sicher.