## SAFE HARBOR CERTIFICATE OF SERVICE

I, Lawrence M. Meadows, hereby certify that on June 25, 2026, a true and correct copy of

the foregoing Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 119c)(2), along with

Exhibits 1, 2, 3, and 4, was served via Federal Express (Priority Overnight) and Email upon the

following counsel of record, in accordance with Fed. R. Civ. P. 11(c)(2) and Fed. R. Civ. P.

5(b)(2)(C), thereby initiating the twenty-one (21) day safe harbor period:


Lawrence M. Meadows
Plaintiff, Pro Se

### Service List

*Counsel for Defendants Allied Pilots Association and Nick Silva*

**Joshua Shiffrin**
**John M. Pelletieri**
**Lloyd T. Shadgett**
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
lshadgett@bredhoff.com
jpellettieri@bredhoff.com

7