## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Pro Se Plaintiff, hereby certify,** that a true and correct copy

of the foregoing was served via E-mail and U.S. Mail on August 1st, 2025 on all counsel or

parties of record on the Service List below.

*L. M. Meadows*

———————————————————
Signature of Filer

## SERVICE LIST

**Capri Trigo**
Gordon & Rees LLP
100 SE Second Street
Suite 3900
Miami, FL 33131
305-428-5323
Email: ctrigo@gordonrees.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Joshua B. Shiffrin**
**Grace Rybak**
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington, D.C. 20005
202-842-2600
jshiffrin@bredhoff.com
grybak@bredhoff.vom
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Counsel for Defendant – Allied Pilots Association**