# EXHIBIT B

ALLIED PILOTS ASSOCIATION
Representing the pilots of American Airlines
O'Connell Building • 14600 Trinity Boulevard, Suite 500 • Fort Worth, TX 76155-2512 • 817.302.2272 • www.alliedpilots.org

May 1, 2025

CA Lawrence Meadows
*Via Electronic Mail*

Dear Mr. Meadows,

It has been brought to my attention that you have requested to be included as a speaker during the Membership/Guest hour at the upcoming Spring Board of Directors meeting as a "member in good standing" of the Association.

As has been recently reaffirmed by the United States District Court for the Southern District of Florida, you were terminated from your employment as a pilot with American Airlines in 2011 pursuant to the terms of the Pilot Collective Bargaining Agreement. Following your termination by American, you were converted to Inactive Member status based on the fact that you were dropped from the seniority list, and thus terminated, due to having been out for more than five years due to a disability.

In 2018, you were able to obtain a first-class medical certificate and sought reinstatement to your position as a pilot with American Airlines. APA supported your request for reinstatement in accordance with its established protocols for seeking reinstatement for MDD pilots who regained their medical certificates. As you are aware, the decision to reinstate a pilot to employment is solely within the discretion of the Company and MDD pilots have no right to reinstatement. As you alleged in your recent lawsuit against the Company, American denied your request for reinstatement in 2019.

In light of the fact that you have not been employed by American Airlines as a flight deck crewmember since 2011 and then subsequently sought and were denied reinstatement by the Company after regaining your first class medical certificate, you are not qualified to retain any membership status in APA under Article III of our Constitution & Bylaws. Accordingly, you are not a member of APA, and you are thus not eligible to speak as a member during the membership hour of the upcoming Board of Directors meeting.

Respectfully,

First Officer Nick Silva
President, Allied Pilots Association