# EXHIBIT C

Allied Pilots Association




# Constitution and Bylaws

Revision 109, November 1, 2024

817-302-2272
alliedpilots.org

## CHANGES MADE TO THE CONSTITUTION AND BYLAWS SINCE LAST AMENDMENT

| ARTICLE / SECTION | ACTION | CONTENT | RESOLUTION NUMBER | RESOLUTION ADOPTED |
|---|---|---|---|---|
| I.4.C. | Amend | Added language pertaining to amendments to governing documents via resolution only. | R24-29 | 07-23-2024 |
| XII | Amend | Amended language pertaining to requirements of creating or modifying committees | R24-29 | 07-23-2024 |
| XIV | Amend | Amended language pertaining amendments to the C&B being presented via resolution | R24-29 | 07-23-2024 |

This Constitution and Bylaws, Amendment #109, is effective November 1, 2024.

**Certified by:** First Officer Pat Clark, Secretary-Treasurer /electronic signature/

**Date:** 11-01-2024

## PREAMBLE

This Constitution and Bylaws of Allied Pilots Association is hereinafter set forth to provide the mechanism whereby the collective and individual rights of APA pilots are safeguarded through a formula for sound leadership and, at the same time, retention of control of APA by the membership.

## AMENDMENT DATES

| | | |
|---|---|---|
| September 23, 1964 | January 31, 1998 | March 7, 2012 |
| March 16, 1966 | May 17, 1998 | June 16, 2012 |
| April 22, 1970 | June 1, 1998 | March 8, 2013 |
| May 1, 1972 | August 7, 1998 | April 27, 2013 |
| October 18, 1974 | October 14, 1998 | June 27, 2013 |
| October 31, 1975 | February 25, 1999 | October 11, 2013 |
| April 20, 1979 | October 31, 1999 | November 20, 2013 |
| October 3, 1979 | January 22, 2000 | April 24, 2014 |
| March 20, 1981 | May 4, 2000 | August 2, 2014 |
| April 28, 1981 | July 21, 2000 | December 26, 2014 |
| September 13, 1982 | September 29, 2000 | September 15, 2016 |
| March 22, 1983 | February 16, 2001 | December 14, 2016 |
| March 19, 1987 | May 20, 2001 | March 23, 2017 |
| September 18, 1987 | July 13, 2001* | August 19, 2018 |
| December 4, 1987 | March 19, 2002 | November 30, 2018 |
| March 17, 1989 | May 18, 2002 | February 11, 2019 |
| April 5, 1989 | November 8, 2002 | February 12, 2019 |
| September 20, 1989 | April 16, 2003 | March 28, 2019 |
| March 20, 1990 | May 18, 2003 | May 30, 2019 |
| February 27, 1991 | November 20, 2003 | November 7, 2019 |
| March 26, 1991 | February 7, 2004 | February 21, 2020 |
| July 3, 1991 | June 12, 2004 | January 20, 2021 |
| September 24, 1991 | November 18, 2004 | April 21, 2021 |
| January 23, 1992 | February 12, 2005 | September 21, 2021 |
| April 24, 1992 | May 6, 2005 | April 13, 2022 |
| July 1, 1992 | July 26, 2005 | September 22, 2022 |
| July 24, 1992 | November 2, 2005 | November 11, 2022 |
| December 29, 1992 | June 7, 2006 | May 18, 2023 |
| February 7, 1993 | May 11, 2007 | August 23, 2023 |
| June 16, 1993 | November 9, 2007 | September 13, 2023 |
| October 26, 1993 | February 28, 2008 | October 17, 2023 |
| March 27, 1994 | February 12, 2009 | October 19, 2023 |
| June 9, 1994 | May 28, 2009 | January 25, 2024 |
| January 26, 1995 | January 1, 2010 | April 19, 2024 |
| June 29, 1995 | January 3, 2010 | June 19, 2024* |
| October 22, 1995 | December 25, 2010 | July 27, 2024 |
| January 24, 1966 | June 26, 2011 | November 1, 2024 |

*Rewrite – effective immediately

## Table of Contents


ARTICLE I GENERAL......6

Section 1. Name......6
Section 2. Location of Headquarters......6
Section 3. Duration......6
Section 4. Government......6
Section 5. Governing Bodies......7
Section 6. Parliamentary Law and Rules of Order......7
Section 7. Fiscal Year......7
Section 8. Authorization of Monetary Obligations......7
Section 9. Seal/Logo......7
Section 10. Seniority Defense Fund......8

ARTICLE II OBJECTIVES AND RIGHTS OF APA......9

ARTICLE III MEMBERSHIP......10

Section 1. Qualifications......10
Section 2. Classes of Membership......10
Section 3. Application and Approval for Membership......11
Section 4. Membership Credentials......11
Section 5. Membership Status......11
Section 6. Dues......12
Section 7. Membership Rights and Obligations......13

ARTICLE IV NATIONAL OFFICERS......14

Section 1. Officers Defined......14
Section 2. Salary......14
Section 3. Terms of National Office and Vacancies......14
Section 4. Duties of National Officers......14
Section 5. Recall of Officers......15

ARTICLE V BOARD OF DIRECTORS......17

Section 1. Authority of the Board......17
Section 2. Representation......17
Section 3. Meetings and Caucuses......17
Section 4. Voting......18
Section 5. Quorum......18

ARTICLE VI DOMICILES......19

Section 1. Officers Defined......19
Section 2. Duties of Domicile Officers......19
Section 3. Recall of Domicile Officers......19
Section 4. Terms of Office and Vacancies......19

ARTICLE VII HEARING AND DISCIPLINARY PROCEDURES......21

Section 1. Violations......21
Section 2. Charges......21
Section 3. Domicile Hearing......22
Section 4. Appeal Board......22

Section 5. Neutral Arbitrator......23

ARTICLE VIII EXPENSES......24

ARTICLE IX ELECTION PROCEDURES......25

Section 1. Eligibility......25
Section 2. Nominations for Office......25
Section 3. Election Procedures......26
Section 4. Election Appeals......26

ARTICLE X BONDING AND INDEMNIFICATION......27

Section 1. Bonding......27
Section 2. Indemnification......27

ARTICLE XI CONFLICTS OF INTEREST......28

ARTICLE XII COMMITTEES......30

ARTICLE XIII NEGOTIATIONS AND AGREEMENTS......31

ARTICLE XIV AMENDMENTS......33

Appendix A: CODE OF ETHICS......34

# ARTICLE I GENERAL

## Section 1. Name

The name of the organization shall be Allied Pilots Association. Whenever the term "APA" is used, it shall refer to and mean Allied Pilots Association.

## Section 2. Location of Headquarters

The headquarters of APA shall be at 14600 Trinity Boulevard, Suite 500, Fort Worth, Texas 76155. (*R98-217*) Headquarters may be changed by action of the Board of Directors in accordance with the applicable provisions of this Constitution and Bylaws.

APA shall own and manage its headquarters through a wholly owned, independent, not-for-profit corporation known as the APA Holding Corporation. Governance of the APA Holding Corporation is subject to its *Articles of Incorporation and Bylaws*. (*R98-217*) (*R23-42*)

## Section 3. Duration

A. The duration of APA shall be perpetual, or until it is dissolved, as provided for in the Constitution and Bylaws. In the event of a dissolution of APA, the officers of the Association shall act as agents for the membership and dispose of all of the physical assets of APA by suitable means. All of the liquid assets shall then be prorated to the active APA members on record and in good standing at the time of such dissolution in proportion to the monies then being paid by such members, less any indebtedness; provided that any amounts that may be paid to APA for insurance or other benefits shall be dealt with separately and prorated only to those members who contributed to such funds, and in proportion to their individual contributions.

B. APA may also be dissolved through an affiliation or merger pursuant to a representation vote conducted by the National Mediation Board under the Railway Labor Act or pursuant to *C&B Article XIII.E.* (*R03-114*)

C. A decision to pursue or investigate an affiliation or merger with another labor organization, as contemplated in *C&B Article XIII.E.*, shall require a two-thirds vote of the Board of Directors. (*R18-42*)

## Section 4. Government

A. This Constitution and Bylaws shall be the supreme law of APA. This Constitution and Bylaws establishes APA as a two-tiered labor organization consisting of domiciles and a national union. As set forth in, and only insofar as consistent with this Constitution and Bylaws, the National Officers direct the day-to-day affairs of APA subject to review and direction by the Board of Directors, which has the authority to alter, amend, and add to this Constitution and Bylaws. As such, the Board of Directors has the legal authority of a constitutional convention as a result of the authority set forth in *C&B Article XIV*. (*R10-37*)

B. The Board of Directors shall approve a Policy Manual for Allied Pilots Association. All Association officers, committee members, agents, and employees are obligated to be aware of, understand, and conduct themselves consistent with the policies contained therein. The policies contained therein shall at all times apply to the Board of Directors. The Board of Directors shall have the authority to make a permanent change to the Policy Manual by a 2/3 vote at any time or to deviate from the Policy Manual by a simple majority on a one Director/one vote basis. (*R23-22*)

C. The Constitution and Bylaws, Policy Manual, and Administrative Manual may only be amended via resolution. (*R24-29*)

### Section 5. Governing Bodies

The governmental powers of APA shall be vested in the Board of Directors and the National Officers in accordance with the laws provided herein. The final control of APA shall be vested in the membership.

### Section 6. Parliamentary Law and Rules of Order

All questions on parliamentary law and rules of order, which are not provided for in the Constitution and Bylaws or Policy Manual, shall be decided according to the principles set forth in the current Robert's Rules of Order. (*R04-61*)

### Section 7. Fiscal Year

The fiscal year of the Association shall be from July 1 to the following June 30. (1966)

### Section 8. Authorization of Monetary Obligations

All bills payable, notes, checks, or other negotiable instruments of APA shall be made in the name of APA and shall be signed by one of the following four persons: APA President, APA Vice President, APA Secretary-Treasurer, or APA Director of Finance. Other than regularly occurring payroll checks, all bills payable, notes, checks, or other negotiable instruments of APA in excess of $5,000 shall require two of these signatures to lawfully authorize the payment. The Secretary-Treasurer should be the second signatory on all checks over $5,000. Under normal circumstances, the President may delegate his or her check signing responsibilities to the Director of Finance. The President shall be provided, each month, a summary of non-recurring checks issued in amounts greater than $5,000. The President, Secretary-Treasurer, or APA Director of Finance may each, from time to time, transfer such sums of money to administrative accounts, including payroll accounts, petty cash accounts, and such other accounts as may be necessary to meet administrative and current obligations of the Association, and the President and Secretary-Treasurer may each designate a surrogate, who shall be bonded in an amount consistent with the amount of funds over which he or she may have control, to sign checks for and draw upon such administrative accounts. No officer, agent, or employee of APA acting singly or jointly with others, shall have the power to make any bills payable, notes, checks, drafts, warrants, or negotiable instruments of any description or nature; or endorse the same in the name of APA; or contract or cause to be contracted any debt or liability in the name of or on behalf of the APA, except as expressly prescribed and provided in this Constitution and Bylaws. (1963) (*R04-65*)

### Section 9. Seal/Logo

The official seal of Allied Pilots Association shall be: (R98-33)

The official logo of Allied Pilots Association shall be: (R98-33)

The APA logo may not be used by any person or organization without prior written permission of the President. *(R97-105)*

### Section 10. Seniority Defense Fund

The Trust Agreement of Allied Pilots Association Seniority Defense Fund shall not be under the legal control of Allied Pilots Association as of the irrevocability date that is set forth and defined in the Trust Agreement. If the fund is still in existence on the irrevocability date, the Directors of that fund shall have exclusive authority over those funds pursuant to the terms of the Trust Agreement. (*R08-31*)

## ARTICLE II OBJECTIVES AND RIGHTS OF APA

A. To operate a nonprofit employee-representing association, a labor union. (*R02-22*)

B. To protect the individual and collective rights of the members of APA, and to promote their professional interests, including timely prosecution of individual and collective grievances. (1963) (*R00-81*)

C. To establish and to exercise the right of collective bargaining for the purpose of making and maintaining employment agreements covering rates of pay, rules, and working conditions for the members of APA and to promptly settle disputes and grievances which may arise between such members and their employer. APA maintains the right to resolve institutional and individual grievances in its sole discretion as the collective bargaining representative of the pilots. (1963) (*R03-101*)

D. To determine, negotiate, and continue to improve the rates of compensation, benefits, pensions, hours of employment and working conditions, and to maintain uniform principles of seniority and the perpetuation thereof. (1963) (*R00-81*)

E. To achieve full retro-activity and full pensionability for all improvements in pay from the amendable date of the previous agreement through the date of signing of a new agreement. (*R00-81*)

F. To sponsor and support the passage of legislation and appropriate regulations affecting membership and the industry, which may be beneficial to the profession or to the industry. (1963)

G. To safeguard, with ceaseless vigilance, the safety of scheduled air transportation in recognition of the high degree of public trust, confidence, and responsibility placed on the members. (R99-145)

H. To further scheduling, with safety, in any practical manner. (R99-145)

I. To disseminate information, in any manner, to enhance the professional status of the membership and to ensure a fully informed membership. A fundamental principle of APA's ability to effectively represent the interests of its membership is protecting APA's right to communicate with the membership without restriction or outside approvals. Therefore, no APA officer, committee member, or staff employee shall agree to or participate in a communications "blackout" or other restriction of the flow of information from APA to the membership, including proposals presented by APA or management during negotiations. (*R00-81*)

J. To levy dues and assessments upon the membership with which to provide the funds necessary to carry on the business and objectives of the Association. (1963) (*R00-81*)

K. To purchase, hold, acquire, lease, mortgage, and convey real estate and personal property of every kind, nature, and description, in any state, the District of Columbia, and any territory or possession of the United States, for the convenient conduct and execution of the Association's business, including the purchasing, leasing, and maintaining of equipment, buildings, and improvements which may be necessary, directly or indirectly, in connection with any of the business and objects of the Association. (1963)

L. To maintain mutual aid plans. (1963) (12/4/1987)

M. To exchange views and information with other U.S. and international pilot organizations and to cooperate on issues where a mutual benefit is possible, such as safety, collective bargaining, legislative, and regulatory matters. (*R00-81*)

N. To do any and all other acts consistent with and in furtherance of the objectives and purposes set forth in this Constitution and Bylaws, including the establishment of such legal entities as necessary to carry out the legitimate objectives and purposes of the Association. (R98-218) (*R00-81*)

# ARTICLE III MEMBERSHIP

## Section 1. Qualifications

A. Any person of lawful age and of good moral character who is qualified as a flight deck operating crewmember with American Airlines, Inc., and is accruing seniority, furloughed, or on a leave of absence, except for pilots who are employed by American Airlines in a Management Position for which total compensation is not defined by the collective bargaining agreement; shall be eligible for APA membership as hereinafter provided. A position with AA for which total compensation is not defined in the collective bargaining agreement includes positions with AA's subsidiaries, counsel, advisors, or consultants. (*R06-41*) (*R23-46*)

B. No one, except honorary members, shall be permitted a membership who is not a holder of a certificate or license required for a flight deck operating crewmember's position on an American Airlines operation. (1963) (*R06-41*)

C. No one shall be admitted for membership who has willfully acted as a strikebreaker pilot, or scab pilot, or who has secured or attempted to secure employment rights as a scab pilot during any duly authorized pilot strike. (R91-12)

## Section 2. Classes of Membership

A. Apprentice status shall be assigned to a probationary flight deck operating crewmember upon application and approval in accordance *Section 3 of this Article*, and shall be retroactive to the date of hire. Apprentice status shall terminate upon completion of such member's probationary period. (R99-42) (*R05-82*) (*R23-15*)

B. Active membership shall be assigned to flight deck operating crewmembers (including Check Airmen and Apprentice Members) who meet the qualifications set forth in *C&B Article III, Section 1.A*, upon application and approval. (R99-42) (*R05-82*) (*R23-15*)

C. Inactive membership shall be assigned to flight deck operating crewmembers (including Check Airmen and Apprentice Members) who met the qualifications set forth in *C&B Article III, Section 1.A*, upon application and approval. Pilots in the following employment statuses shall be eligible for inactive membership: (*R06-41*) (*R23-15*)

1. Furlough
2. Medical or Personal Leave of Absence
3. Military Leave of Absence
4. Pilots not on active flying status with AA concurrently owing back dues. (*R08-27*)

Inactive Member. A member in good standing shall automatically be transferred to inactive membership status upon being: (1963)

1. Furloughed by the Company
2. On leave of absence from the Company 60 months after the expiration of paid sick leave, or (*R18-45*) (*R23-07*)
3. In the United States military forces on continuous active duty in excess of 60 months. (*R08-14*)

When that pilot is not on active flying status with AA and that pilot owes back dues, that pilot will remain on inactive membership status until he/she returns to work at AA. At that time, he/she will resume payment of back dues and will be returned to active membership. (*R08-27*)

D. Honorary membership may be conferred upon any individual by action of the Board of Directors.

## Section 3. Application and Approval for Membership

A. Applicants for membership shall be reviewed by the Membership Committee in accordance with *PM Section 5.03*. (*R06-41*) (*R23-42*)

B. If an applicant is suspected of a violation of *C&B Article VII, Section 1*, the Board of Directors will be notified and the applicant will remain in applicant status until their case is investigated. (*R23-42*)

C. All former members of APA, regardless of whether they voluntarily resigned their membership or were expelled from membership, shall not be accepted into active or inactive membership unless they follow all the procedures outlined in *PM Section 5.03*. (R92-38) (*R06-41*) (*R23-42*)

D. Any Pilot who voluntarily resigned his or her APA membership to work for in an AA management position for which total compensation is not defined by the collective bargaining agreement and subsequently resigns said duties with the Company, may re-apply for member status in accordance with *C&B Article III, Section 3*. (*R23-46*)

## Section 4. Membership Credentials

Every active member of APA in good standing shall receive a membership card. The card shall contain thereon the name of the member and any additional information as may be deemed appropriate, shall be signed by the Secretary-Treasurer of APA, and shall bear the APA seal. (1963) (*R23-15*)

## Section 5. Membership Status

A. Any member who accepts a management position for American Airlines for which total compensation is not defined by the collective bargaining agreement shall become a non-member upon assuming that position. All current executive members, as of the 100-day abeyance period in the Constitution and Bylaws, shall become non-members. APA will provide at least 30 days of advanced notice to the executive members who become non-members as a result of this resolution, including notification of any changes to their eligibility for APA-administered benefit plans and the date their eligibility for, and coverage under, those plans changes. (*R23-46*)

B. A member in good standing shall remain a member in good standing as long as such member has paid current dues, assessments, or other financial obligations due to the Association. The Secretary-Treasurer shall transfer a member from good to bad standing if such member shall be delinquent in either dues, assessments, or other financial obligations due to the Association. A member will be placed in inactive membership status by the APA Secretary-Treasurer when that member owes back dues and is not on active flying status. (1963) (*R08-27*) (*R11-03*)

C. Only members in good standing shall have the right to vote on matters brought before the membership. The number of members in good standing of a domicile shall be determined at the time of the commencement of the meeting. (1963)

D. A member shall be returned to good standing upon the payment of all back dues, assessments, and penalties owed. Any reinstated member may be required to satisfy medical underwriting standards and pay costs associated with reinstatement to any APA benefits program. (R94-52)

E. When a member is in bad standing for six consecutive months, the Secretary-Treasurer shall notify such member that unless he or she pays or makes arrangements to pay all back dues, assessments, and penalties within 30 days, he or she shall be automatically expelled. (1963)

F. The Secretary-Treasurer shall keep an account for all members in good standing, members in bad standing, non-members, retired members, inactive members, etc. When an inactive member returns to active line flying, his or her account will be reactivated and all new dues and assessments will be charged from the day of his or her return to line flying. (1963)

G. Any pilot desiring to terminate his or her membership with the Association must provide notification of such intent in writing by certified mail to the Secretary-Treasurer of the Association. (*R02-48*)

## Section 6. Dues

A. A member's obligation for dues and assessments shall commence as of the date of the member's eligibility for active membership. Active members shall be required to pay dues by employer dues check-off. Members shall pay dues at the rate of 1% on current monthly income. Dues, at the rate in effect at the time any such payments are received by the member, shall be collected on all contractual pay, including variable compensation, cash bonuses, and cash profit sharing. An exception to this will be all non-cash compensation. (1963) (R97-77) (*R13-57*) (*R23-42*)

B. It shall be the duty of the Board of Directors to conduct an annual review of the dues structure of the Association to determine if the dues structure should be revised. (1963) (*R23-42*)

C. Dues and assessments not paid on the established due date shall be subject to a 10% penalty. Any member who does not pay dues, assessments, and penalties shall be placed in bad standing. (R94-14). A non-member or member in bad standing shall pay all back dues owed plus penalties before returning to status of member in good standing. (*R23-42*)

D. Initiation fees and dues will be collected by the Secretary-Treasurer in accordance with *PM Section 2.03*, and a record of each member's dues payment history will be maintained. (*R00-02*) (*R23-42*)

E. To retire in good standing, members shall be required to have paid dues on all applicable monies earned prior to retirement. (*R23-42*)

F. Starting the earlier of six months prior to the date set forth as an early reopener or, in the absence of an early reopener, the Amendable date of a Basic Collective Bargaining Agreement, all APA members covered by that agreement shall pay an additional 1/2% dues for expenses directly related to obtaining such agreement. These additional dues shall be accounted for separately, shall be used for expenses incurred after the effective date of additional 1/2% dues, and shall be used only for expenses specifically related to negotiations for that specific Basic Agreement that are above and beyond the normal level of recurring expenses. The APA Board of Directors shall be provided a detailed accounting of receipts and expenditures of the additional dues at each Board meeting, and the Board shall have final authority to decide whether such expenditures should be paid from the additional dues or from the Association's regular dues. (R93-39) (*R04-25*)

G. When the amount of additional 1/2% dues retained and accounted for as "Deferred 1/2% Dues Contract" exceeds the maximum value established by the Board in *PM Section 6.03.A.2* "Contract Negotiation," the collection of the additional 1/2% dues will be automatically suspended until the amount of "Deferred 1/2% Dues Contract" falls to a level halfway between the minimum and maximum level established by the Board in *PM Section 6.03.A.2*, "Contract Negotiation," whereupon the collection of the additional 1/2% dues shall automatically resume. The provisions of this paragraph notwithstanding, the Board of Directors, by a majority vote may elect to continue or resume collection of the additional 1/2% dues. (*R22-36*)

H. The collection of 1/2% additional dues from the respective members shall cease after a new Basic Collective Bargaining Agreement is ratified and all related arbitrations and other litigation resulting from negotiating the new Basic Collective Bargaining Agreement have been concluded and all such expenses have been

paid, or sooner if approved by the Board of Directors. All remaining funds from the additional dues shall be refunded and/or rebated to the respective members as soon as practicable, according to a formula approved by the Board of Directors. (R93-39)

I. In the event of a bankruptcy by the Company or its parent, and in the event that the 1/2% dues provided for in *C&B Article III, Section 6.F* is not being charged at the time of the bankruptcy, all APA members shall pay an additional 1/2% dues for the expenses related to the bankruptcy proceeding and any related negotiations beginning with the first day of the next pay period following the date of the bankruptcy filing. The APA Board of Directors shall have final authority to decide which expenses are attributable to the bankruptcy and related negotiations and which expenses shall be paid from the Association's regular dues. Moreover, the Board of Directors shall decide when the collection of this 1/2% shall cease and, in the event that more than sufficient funds have been collected to cover the expenses related to a bankruptcy proceeding and the related negotiations, the Board of Directors shall have the discretion to decide the timing and manner in which these funds shall be refunded or rebated to the respective members. (*R03-38*)

J. Assessments may be levied on all members to provide for extraordinary expenses, contingencies, and reserves, provided such assessments are first approved by a two-thirds vote of the Board of Directors and ratified by a majority vote of the members voting in a membership vote on the question.

### Section 7. Membership Rights and Obligations

A. A member in good standing is entitled to participate actively in all APA activities and is entitled to all of the rights, privileges, and benefits of APA membership. (1963)

B. Apprentice and inactive members shall enjoy all the benefits of active membership except the privilege of holding elected office and participation in Association sponsored programs where specific requirements prohibit such participation. (1963) (10/18/1974). Inactive members shall be ineligible to vote. (*R23-15*)

C. A member in bad standing shall not have the right to vote, hold office, or participate in any of the privileges or benefits of active membership, provided, however, that a member's continued participation in an Association sponsored benefit program shall not be terminated as a result of bad standing membership. (1963) (R94-51) (*R07-49*)

D. Voting on matters presented at a domicile meeting shall be restricted to active members in good standing currently occupying a bid status at that domicile. (R93-46)

E. Members of the Association shall accept and agree to abide by the Constitution and Bylaws of APA as they are in force or as they may be amended, changed, or modified in accordance with the provisions of this Constitution and Bylaws. (1963)

F. Unless approved in advance by the APA Board of Directors, the Association will not provide services, beyond those required by law, to individuals eligible for membership but not in a membership status as defined in *C&B Article III, Section 2, Classes of Membership*. (*R00-60*) (*R23-42*)

# ARTICLE IV NATIONAL OFFICERS

## Section 1. Officers Defined

The National Officers shall be the President, Vice President, and Secretary-Treasurer. (1966)

## Section 2. Salary

The salary of the President, Vice President, and Secretary-Treasurer shall be as determined by the Board of Directors. (1963)

## Section 3. Terms of National Office and Vacancies

A. The term of office for the President, Vice President, and Secretary-Treasurer shall be three years and shall commence on the first day of July, and continue for three years or until he or she is reelected or a successor has been elected and assumes office in accordance with this Constitution and Bylaws. (R95-19) (*R00-54*) (*R23-42*)

B. If the results of a runoff election are announced after the first day of July in an election year, the person elected shall assume office immediately. No person may serve more than two consecutive terms (not including partial terms) in the same National Officer position (i.e., President, Vice President, Secretary-Treasurer). (*R04-17*) (*R23-42*)

C. In the event of a vacancy in the office a National Officer, and if the unexpired term is 12 months or less, the Board of Directors, by majority on a one director, one vote basis, shall elect a replacement National Officer by secret ballot, unless there is a single candidate, in which case the election may be conducted by voice vote. If the unexpired term is more than 12 months, the Board of Directors, by majority on a one director, one vote basis, shall elect a replacement National Officer pro tem to serve until an election can be held to fill the vacancy. (*R08-61*) (*R21-10*) (*R23-42*)

## Section 4. Duties of National Officers

A. President

1. The President shall conduct the affairs of APA consistent with this Constitution and Bylaws and with the policy and directives set by the Board of Directors. While the President's actions are subject to review by the Board of Directors, the President's actions shall be presumed valid unless the Board of Directors elects to review and disapprove a particular action taken by the President. Such review and disapproval, however, may be taken at any time, and the President shall have the responsibility of keeping the Board of Directors informed about actions taken by him or her pursuant to this C&B Article IV, Section 4. (*R10-37*)
2. The President shall notify the national and domicile officers of all regular and special meetings of the Board. The President, in conjunction with the Executive Director, shall have the authority to direct the day-to-day affairs of APA. The agents and committee members of APA, other than those serving on the Financial Audit Committee and Appeal Board, shall report to the President. (*R10-37*) (*R24-10*)
3. The President shall sign all notes, checks, drafts or other orders for the payment of money duly drawn by the Secretary-Treasurer consistent with his or her fiduciary duty under federal law to approve only appropriate and authorized expenditures. The President shall sign any agreement entered into between APA and a third party and, in general, carry out all other duties necessary to the conduct of APA. The President shall issue an annual report to the membership. (*R10-37*)
4. The President shall enforce the APA Constitution and Bylaws, and he or she may issue, as necessary,

written interpretations of the Constitutional and Bylaws. (*R10-37*)

B. Vice President

The Vice President shall assist the President in the discharge of all duties. He or she shall also preside when called upon by the President and at times when the President may be temporarily unable to discharge his or her duties. In case of removal, resignation, or death of the President, the Vice President shall perform the duties of the President until such time that the APA Board of Directors can meet to fulfill the vacancy procedures as outlined in C&B Article IV, Section 3. (*R08-61*)

C. Secretary-Treasurer

1. The Secretary-Treasurer shall take charge of all books and effects of the Association. He or she shall keep a record of all proceedings at all regular and special meetings of the Board of Directors. He or she shall keep a record of all officers and special appointees and maintain all Conflict of Interest Disclosure Statements and Agenda Disclosure Statements (AdMan Appendix A) (AdMan Appendix B). He or she shall assist the President in preparing an annual report to the members of the Association. He or she shall be custodian of the Association seal and affix the seal when required. He or she shall cause to be kept the Association membership records so as to show at all times the number of members under each classification, their names alphabetically arranged, their respective places of residence, their post office addresses, and the time at which each person became a member of the Association or changed his or her membership status. A member may inspect his or her records or account any time at his or her request during normal business hours. (*R00-76*)
2. The books and records of the Secretary-Treasurer shall be accessible at APA Headquarters to any member or group of members in good standing in accordance with federal law. Any restriction placed upon the viewing of these records will be reported to the BOD within a reasonable time and will include the reason for such restriction. (*R18-20*) He or she shall be responsible for all funds of the Association, receiving all dues, fees, and special assessments assessed by the Association as a group. He or she shall keep an accurate record of all expenditures and receipts of the Association. He or she shall keep an individual record of all dues and assessment of each member. He or she shall prepare and submit under his or her signature all reports required under law. He or she shall present his or her books at the end of each fiscal year for audit by a certified auditor. He or she or his or her successor will present this audit, together with a current accounting of APA funds, at the next Board of Directors meeting. (*R04-64*)

## Section 5. Recall of Officers

The President, Vice President, or Secretary-Treasurer may be recalled and removed from office by action of the membership as follows:

A. Board-initiated recall: Two-thirds of the Board of Directors, on a one director, one vote basis (secret ballot), may cause a recall ballot to be sent to the membership on a National Officer. If a majority (more than half) of the members voting in a recall ballot vote for a recall, that National Officer shall be recalled and removed from office. (1963) (3/27/1991) (*R22-55*) (*R23-15*)

B. Board recall: The Board of Directors may recall a National Officer by a three-quarters (3/4) vote, on a one director, one vote basis. In the event of a recall under this provision, the National Officer shall be immediately removed from office upon the completion of the vote. (*R22-55*)

C. Membership-initiated recall (*R22-55*) : Twenty-five percent (25%) of the active membership in good standing may petition the Secretary-Treasurer and cause a recall ballot be taken on any National Officer. If any active member in good standing presents to the Secretary-Treasurer a request for an electronic recall petition for a National Officer signed (either in handwriting or verifiable electronic signature) by at least

five percent (5%) of the members in good standing, the Secretary-Treasurer shall cause a recall petition to be hosted on the APA web page for a period of sixty (60) days. If the required minimum threshold for calling for a recall ballot is not met within the sixty (60) day period, the petition will be removed from the APA website and no subsequent electronic petition for the same National Officer will be hosted on the APA website for a period of 180 days. Nothing contained within this provision precludes a written or other verifiable electronic recall petition from being utilized and submitted to the Secretary-Treasurer at any time. (*R23-67*)

D. If a petition including 25% of the active membership in good standing is received by the Secretary-Treasurer, a recall ballot shall be opened for a duration of 21 days on the officer subject to the recall. A recall ballot vote may be conducted electronically in accordance with procedures established by the Election Administrator. (*R23-67*) If a majority of the members voting on a recall ballot vote in favor of a recall, that National Officer shall be recalled and removed. (*R14-22*) (*R23-15*)

E. A recall ballot vote may be conducted electronically in accordance with procedures established by the Election Administrator. (*R22-55*)

## ARTICLE V BOARD OF DIRECTORS

### Section 1. Authority of the Board

A. The Board of Directors is the supreme policy-making authority within APA, and it has the authority to review and disapprove actions taken by the National Officers; however, absent a specific vote disapproving an action taken by a National Officer, the action shall be presumed valid. (*R10-37*) (*R23-25*)

B. Members of the Board of Directors are both officers of their domiciles and members of the Board of Directors with the authority set forth in *C&B Article XIV* to alter, amend, or add to this Constitution and Bylaws. (*R10-37*) (*R23-25*)

### Section 2. Representation

A. The Board of Directors shall consist of the Chair and Vice Chair from each domicile, where a majority of pilots' bid status are awarded solely on the basis of seniority alone and are open to all pilots on the AA seniority list, except that domiciles having 100 or less members shall have one representative (Chair). (1966) (*R00-57*)

B. Domiciles not meeting the criteria of *C&B Article V, Section 2.A.* shall be represented by the geographically closest APA domicile in existence as of June 1, 2000. (*R00-57*)

C. Pilots assigned to a Home Base, as defined in the *CBA, Section 18,* shall be represented by the geographically closest APA domicile in existence at the time of opening of the Home Base. (*R13-24*)

D. Members of a base represented by geographically closest APA domicile have the right to run for elective office in the base that represents them. (*R00-57*)

### Section 3. Meetings and Caucuses

A. The Board of Directors shall have three types of meetings, which shall be conducted in accordance with *PM Section 4.02*. These meetings shall be defined as follows: (*R23-42*)

1. Regular Meetings: The Board of Directors shall convene for the transaction of business four times a year. (*R21-17*) (*R23-42*)

2. Special Meetings (SBOD): The BOD may convene for the transaction of business as determined by the BOD or requested by the President. (*R23-42*)

    a. SBOD Meetings called by the President shall be called within seven days, but no sooner than 48 hours from the notice from the President. All calls for special meetings called in conjunction with this subparagraph shall require notice from the President to the Board of Directors of the date, location (if in person), and format (in-person or virtual) of the meeting as soon as can be achieved under the provisions of this subparagraph. (*R21-17*) (*R23-42*)

    b. Separately, a majority of the BOD may call and determine the inclusive dates, location and format, and agenda of a special BOD meeting by making notice of such in writing to the President. Such a meeting shall begin no sooner than the next calendar day and no sooner than 12 hours from the time of the call. There is no requirement for a National Officer to be in attendance at such an SBOD meeting if that attendance is not desired by the BOD. This by no means precludes attendance under normal circumstances. (*R11-19*) (*R21-17*) (*R23-06*)

3. Contingency Meetings: The BOD may convene for the purpose of discussing only such items that are provided in the call for the meeting. (*R23-42*)

    a. In a contingency, the Board may meet when called to do so by a National Officer; such Contingency

Special Meeting shall convene no sooner than 24 hours following the Call to the meeting. (*R21-17*) (*R23-42*)

b. A majority of the Board of Directors may request in writing a Contingency Special Meeting that must be convened within 24 hours of said request. (*R21-17*) (*R23-42*)

B. Caucuses: The BOD may convene for the purpose of discussion without transaction for business (no voting). (*R23-42*)

## Section 4. Voting

A. All issues shall be decided by a majority vote of the Board of Directors except as may otherwise be provided in this Constitution and Bylaws. On any matter brought to the Board for action, the vote shall be taken only with the Board sitting as a body in a properly convened session. This procedure neither limits the authority nor absolves the responsibility of the National Officers and the Board of Directors to respond to emergencies in a timely way. (1963) (*R22-49*)

B. "Division of the House Vote" ("Division") is hereby defined as a recorded weighted vote in which each member of the Board shall be entitled to vote 50% of the active members in good standing at his or her domicile provided that the representative from a domicile having 100 or less members shall be entitled to one vote for each active member in good standing at his or her domicile. Fractional votes will be counted. The most current membership list in effect when the meeting is called to order shall be used for a weighted vote. The size of the minority required to order a weighted ("Division") is one member of the Board. (1966) (*R22-49*)

C. At a meeting of the Board of Directors, in the absence of a Domicile Chair or Vice Chair, only a newly elected Officer who has not yet taken office may serve as a duly designated (not proxy) representative (DDR) from such domicile. A DDR shall possess authorization from the absent Chair or Vice Chair to have and exercise all rights and privileges as a member of the Board of Directors at such meeting. (1968) (2/16/2001) (*R00-135*) (*R23-59*)

D. Proxy voting will be allowed at all duly-convened Board meetings within APA provided that: (1963) (3/26/1991)

1. Proxies are in writing. (1963)
2. Proxies may not be given when the duly elected officer or duly designated representative is personally present. (10/5/1979)
3. Proxies may not be used in any vote by secret ballot. (1963)

## Section 5. Quorum

The quorum of the Board of Directors at all meetings, whether special or regular, shall be a majority of the Domicile Chairs and Vice Chairs or their Duly Designated Representatives (DDR), not proxy, from such domicile possessing authorization from the absent Chair or Vice Chair. (*R00-62*)

# ARTICLE VI DOMICILES

## Section 1. Officers Defined

The Domicile Officers shall be Chair and Vice Chair. (1966)

## Section 2. Duties of Domicile Officers

A. *Chair.* It shall be the duty of the Chair to call and preside at all meetings of the domicile, to preserve order during its deliberations; to appoint all committees not otherwise ordered by the domicile, to authorize expenditure of the domicile's governing funds, to enforce the Constitution and Bylaws, to supervise the activities of the domicile, to supply the Board of Directors with any information it may desire, and to carry out all directives from the Board of Directors. (1963)

B. *Vice Chair.* The Vice Chair shall perform the duties of the Chair in the absence of that officer and in case of the removal, resignation, or death of that officer until an election is held in accordance with *C&B Article VI, Section 4*. He or she shall also preside when called upon by the Chair and at times when the Chair may be temporarily unable to discharge his or her duties. The Vice Chair shall assist the Chair at all times in the discharge of all duties. (1963)

## Section 3. Recall of Domicile Officers

A. Twenty-five percent (25%) of the active membership in good standing of the domicile may petition the Secretary-Treasurer and cause a recall ballot to be taken on a Domicile Officer of the domicile. A recall peition shall contain individual signatures of members and may be submitted in electronic format provided that it contains verifiable electronic signatures. (*R22-55*) If any active member in good standing of a domicile presents to the Secretary-Treasurer a request for an electronic recall petition for a Domicile Officer signed (either in handwriting or verifiable electronic signature) by at least five percent (5%) of the domicile members in good standing, the Secretary-Treasurer shall cause a recall petition to be hosted on the Domicile APA page of the APA website for a period of sixty (60) days. If the required minimum threshold for calling for a recall ballot is not met within the sixty (60) day period, the petition will be removed from the APA website and no subsequent electronic petition for the same Domicile Officer will be hosted on the APA website for a period of 180 days. Nothing contained in this provision precludes a written or other verifiable electronic recall petition from being utilized and submitted to the Secretary-Treasurer at any time. (*R23-67*)

B. If a petition including 25% of the active membership in good standing of the domicile is received by the Secretary-Treasurer, a recall ballot shall be opened for a duration of 21 days on the officer subject to the recall. A recall ballot vote may be conducted electronically in accordance with procedures established by the Election Administrator. If a majority of the members of the domicile voting on a recall ballot vote in favor of a recall, that Domicile Officer shall be recalled and removed. (*R09-39*) (*R13-52*) (*R23-67*)

## Section 4. Terms of Office and Vacancies

A. The term of office of the Domicile Chair and Vice Chair shall be for a period of 36 months. (R99-22) (*R24-12*)

B. Beginning with the elections for terms commencing on November 1, 2024, no person may be elected to more than two consecutive terms (not including replacement terms under the provisions of C&B Article VI.4.C) as a member of APA's Board of Directors. In no event, however, may any Director be elected to consecutive years in office which would extend beyond eight years. (*R21-01*) (*R24-12*)

C. In the event of a vacancy in the office of Domicile Chair or Vice Chair that is not the result of a recall, the

vacating Domicile Officer shall appoint a replacement to fill the vacancy prior to vacating. If the vacating Domicile Officer fails to appoint a replacement or if the vacancy is the result of a recall, the remaining Domicile Officer is authorized to appoint a replacement to fill the vacancy. If there is no other Domicile Officer to make the appointment or the remaining Domicile Officer fails or refuses to do so, the President shall appoint a pilot from the domicile to fill the vacancy. Any active pilot in good standing who is appointed as a replacement to fill a vacancy under this Section shall immediately assume the role of the office to which he/she is appointed and shall have all rights, privileges, and authorities associated with such office. The replacement Domicile Officer shall serve as follows: (R92-36) (*R21-01*) (*R23-67*)

1. If the unexpired term is more than six months, the replacement Domicile Officer shall serve until an election shall be held to fill the vacancy utilizing the procedures specified in this *C&B Article VI, Section 4*.
2. If the unexpired term is six months or less, the replacement Domicile Officer shall serve until the end of the term of office of the Domicile Officer who was replaced. (*R21-01*)

D. When a Domicile loses eligibility for a Vice Chair because the number of active members in good standing at the Domicile fall below the number required by *C&B Article V, Section 2.A*, the following will apply: (R95-26) (*R07-24*)

Effective with the date that the status falls below that required, the Secretary-Treasurer shall notify the Chair and Vice Chair of the affected Domicile that the Domicile has become ineligible for a Vice Chair representative until such time as the active members in good standing increases to the required number. If the active membership increases to the required number, the Vice Chair will be reinstated for the remainder of the elected term. If the elected term is expired, there will be an election according to C&B Article VI, Section 4. (R95-26)

## ARTICLE VII HEARING AND DISCIPLINARY PROCEDURES

### Section 1. Violations

A. Any member is subject to disciplinary action, including but not limited to fines, placing a member in bad standing, suspension, or expulsion for any of the acts listed below. (*R05-15*) (*R18-78*)

1. Willfully acting as a strike-breaker (scab) pilot during any duly authorized pilot strike, as determined by the striking authority;
2. Willful violation of this Constitution and Bylaws;
3. Willful neglect in paying dues, assessments, or fines levied by the Association;
4. Misappropriating money or property of the Association;
5. Willful violation of a pilot's working agreement;
6. Initiating and/or prosecuting charges under this article in bad faith (for example, malicious or frivolous charges) against another APA member;
7. Any act contrary to the best interests of the APA as an institution or its membership as a whole.
8. Any act motivated by malice or political animus that exposes another member to company discipline, up to and including termination. (*R09-05*)

B. Actions Not Considered Violations (*R18-78*)

Notwithstanding anything set forth above, the following shall not be cognizable as violations under this Article:

1. Charges filed for the purpose of resolving or pursuing intra-union political disputes; (*R09-05*)
2. Charges filed against any National Officer, Domicile Officer, member of the Board of Directors, or committee member based upon actions/decisions taken or made within the scope of his/her official duties; and
3. Charges filed against any member based upon the good faith exercise of his/her legal rights.

### Section 2. Charges

All charges shall be preferred in writing by submitting the charges to the APA Secretary-Treasurer by certified mail, return receipt requested. The charges shall be specific as to the alleged acts that constitute the basis for the charges with citations to the particular provision of the Constitution and Bylaws that have been violated. The accused member shall be supplied with a copy of the charges, by certified mail, return receipt requested, at his or her last known address. The Secretary-Treasurer is charged with distribution of the charges to the Domicile Officers and the Appeal Board. (*R05-15*)

A. Subject to the limitations set forth in *C&B Article VII, Section 1*, above, charges may be brought under this Article by any member in good standing against any other member for acts taken within his/her individual capacity. (*R18-78*)

B. Except for charges filed in accordance with *C&B Article VII, Section 1.A.1* and *C&B Article VII, Section 1.A.8.*, charges must be filed within one year after the alleged offense. Charges under *C&B, Article VII, Section 1.A* may be applied retroactively to conduct that occurred prior to becoming an APA member. Absent extreme mitigating circumstances, expulsion is mandatory for a violation of *C&B Article VII, Section 1.A.1*. Charges filed in accordance with *C&B Article VII, Section 1.A.8* must be filed within one year, or one year from the issuance of the Arbitrator's award in the related grievance, if applicable. The Appeal

Board shall delay the hearing of charges filed under *C&B Article VII, Section 1.A.8* until the issuance of the Arbitrator's award in the related grievance, if applicable. (*R05-15*) (*R09-05*)

C. *C&B Article VII* proceedings shall be scheduled and conducted so as to minimize the cost to the Association and its membership. All mailed notices and written submissions, including decisions and appeals, shall be sent by certified mail, return receipt requested, to the Secretary-Treasurer, who is charged with expeditious distribution of the submissions to the relevant parties and to the Appeal Board in the event they have not been served with the documents pursuant to the provisions of this *C&B Article VII*. In the event that a party refuses to accept a certified mailing, he or she shall be deemed on notice of the contents of the document.

## Section 3. Domicile Hearing

A. Unless otherwise provided for in this *C&B Article VII*, the charges shall be considered by the accused member's Domicile Officers in the first instance. The Domicile Officers are first charged with determining whether the charges as submitted set forth a claim cognizable under this *C&B Article VII*. If the Domicile Officers determine that the charges state a cognizable claim, the Domicile Officers shall hold a hearing, if either the accused or the accuser requests one. If neither the accused nor the accuser requests a hearing, the Domicile Officers may, at their discretion, conduct a hearing. No hearing shall be convened unless the accused and the accuser have been given written notice at least 20 days before the hearing. In the event that one of the Domicile Officers recuses him or herself, the remaining Domicile Officer shall act alone. (*R05-15*) (*R09-05*) (*R18-78*)

B. In the event of a hearing, both the accused member and the accuser shall have the right to be represented by a member in good standing. If the accuser or the accused fails to appear at a scheduled hearing, he or she shall be deemed to have waived his or her right to an appeal from the decision of the Domicile Officers, unless the Appeal Board finds that good cause is shown for the failure to appear at the hearing. (*R05-15*)

C. At the Domicile Hearing, a court reporter will be present and will record a transcript of the hearing and swear the witnesses. This cost will be borne by the Association. Both the accused and the accuser shall be provided with a copy of the transcript at the Association's expense. (*R05-15*) (*R09-05*)

D. A decision on the charges will be published within the later of 30 days after the hearing or 30 days after receipt of the transcript. The decision shall be in writing and sent by certified mail, return receipt requested, to the Secretary-Treasurer. (*R05-15*) (*R09-05*)

## Section 4. Appeal Board

A. An Appeal Board shall be established to hear or review cases referred to it in accordance with this Constitution and Bylaws. (*R05-15*) (*R23-43*)

B. Either the accused or the accuser may appeal the decision of the Domicile Officer(s) to the Appeal Board. An appeal of the decision by the Domicile Officer(s) must be made within 30 days after receipt by the accused or the accuser of the decision of the Domicile Officer(s). (*R05-15*)

C. Should the accused or the accuser be a Domicile Officer, then such charges shall be considered by the Appeal Board in the first instance. When accused members from more than one domicile are charged with substantially the same offense, such charges shall be considered by the Appeal Board in the first instance. Such charges should be filed in writing with the Secretary-Treasurer. (*R05-15*)

D. When the Appeal Board holds a formal hearing, both the accused and accuser shall have the right to be represented only by a member in good standing. (*R05-15*) (*R18-78*)

E. The Appeal Board may decide that the charges as set forth by the accuser fail to state a cognizable claim.

The Appeal Board will then dismiss the claim, via a written opinion. If the Appeal Board determines that the charges state a cognizable claim, the Appeal Board shall hold a hearing, if either the accused or the accuser requests one. If neither the accused nor the accuser requests a hearing, the Appeal Board may, at their discretion, conduct a hearing. (*R09-05*) (*R18-78*)

F. Unless otherwise provided, the Appeal Board shall give 30 days notice of all hearings. A court reporter shall record and transcribe the hearing and swear the witnesses. (*R05-15*)

G. The Appeal Board shall issue its decision no later than 60 days from the date that the Appeal Board obtains jurisdiction over the case, either by appeal or by assuming or obtaining original jurisdiction. In the event of a hearing, the 60 days shall run from the date of receipt of the transcript. The decision shall be in writing and sent by certified mail, return receipt requested, to the parties and to the Secretary-Treasurer. (*R05-15*)

H. The fees and expenses of the Appeal Board shall be the responsibility of APA, unless the Appeal Board determines that a party to the proceeding has repeatedly acted in bad faith in the prosecution or the defense of the charges, in which case the Appeal Board shall have the authority to impose some or all of the costs and fees associated with the Article VII proceeding on the offending party. (*R05-15*)

I. Appeal Board members whose terms have expired may continue to hear or review cases pending before them subject to the discretion of Board of Directors. (*R18-78*)

## Section 5. Neutral Arbitrator

A. Appeals of decisions made by the Appeal Board may be submitted to a Neutral Arbitrator by filing a written appeal to the Secretary-Treasurer within 30 days of receipt of the decision from the Appeal Board. In the event of an appeal, all sanctions, penalties, or fines imposed by the Appeal Board shall be stayed, pending the Arbitrator's award, except for Appeal Board decisions imposing restrictions for violations of the Acceptable Use Policy provided for in *PM Section 1.17.B*. (*R05-15*) (*R09-05*) (*R18-78*) (*R23-47*)

B. The Neutral Arbitrator shall be rotated among a list of approved neutrals. The list of neutrals shall consist of a pool of three to five arbitrators familiar with, and experienced in, matters involving union affairs. The Appeal Board, in consultation with APA Legal, shall compile this list every five years. The list of neutrals must be approved via majority vote of the Board of Directors. (*R05-15*) (*R11-37*)

C. The Arbitrator shall hold a hearing as soon as practicable. A court reporter shall be present at the hearing in order to swear witnesses and record a transcript. Both the accused and the accuser have the right to be represented at this hearing by a member in good standing, or, at his/her own expense, an attorney. The Association shall provide the Arbitrator with all materials from prior hearings, as well as an electronic copy of past Article VII filings, transcripts, and awards. Notwithstanding anything contained herein, the Arbitrator shall, in his/her sole discretion, have the authority to entertain dispositive motions on the matter(s) before him/her and/or decide the matter(s) based solely on the prior record and transcripts, if any, without the need for a convening a full hearing. (*R05-15*) (*R18-78*)

D. With the exception of attorney's fees incurred by either party, the fees and expenses associated with the arbitration shall be the responsibility of the Association, unless the Arbitrator determines that a party to the proceeding has acted in bad faith in the prosecution or defense of these charges, in which case the Arbitrator shall have the authority to impose some or all of the costs and fees, excluding attorney's fees, associated with the Article VII proceedings on the offending party. (*R05-15*) (*R18-78*)

## ARTICLE VIII EXPENSES

Normal expenses incurred by any officer, representative, or member while on APA business shall be reimbursed by APA, provided, however, that authorization from the President or his or her designated representative is first obtained. Allowable expenses shall include transportation, lodging, verified flight pay lost, meal expenses, and incidentals, conforming with the expense policy of APA as set forth by the Board of Directors. (1963)

# ARTICLE IX ELECTION PROCEDURES

## Section 1. Eligibility

Only active members in good standing (excluding Apprentice Members) shall be eligible for nomination and election to Domicile or National Office. An Officer who retires during a term of office shall vacate that office automatically upon retirement. Any Officer who is ordered to active duty service in the U.S. military in excess of 90 consecutive days or more than 120 days in any 12-month period will be required to resign his/her office and the vacancy filled in accordance with *C&B Article IV, Section 3* or *C&B Article VI, Section 4*. (R97-102) (*R03-85*) (*R23-15*) (*R23-42*)

## Section 2. Nominations for Office

A. No more than six months prior, but at least 75 days prior to the date of the election, the Secretary-Treasurer shall establish a schedule for the upcoming election. The notice of nomination and election, which shall include an election schedule and examples of the electronic nomination submission form, the electronic statement of willingness to serve, and the electronic Conflict of Interest Disclosure Form contained in *AdMan Appendix A*, shall be posted on the Association's website, mailed to the address of record, and emailed to the email address of record of each member in good standing. (*R13-33*) (*R15-37*) (*R23-42*)

B. Any active member in good standing (excluding Apprentice Members) may submit him or herself, or any other active member in good standing, for nomination for office. Submissions shall be made using the online nomination form as indicated in the election notice. Submissions for nomination must be received by the deadline published in the election notice, and will be posted to the APA website upon receipt. All persons submitted for nomination shall be immediately notified via phone and email, and shall have seven days from the closing of the submission period to execute a statement, in a form provided by the Secretary-Treasurer, that he or she will serve if elected. The person must also execute the Conflict of Interest Disclosure Form at *AdMan Appendix A*. These acceptance forms shall be posted on the Association's website in such a manner as to allow a member to execute them electronically. A member submitted for nomination may withdraw from consideration for nomination at any time prior to the date voting commences by notifying the Secretary-Treasurer by certified mail, return receipt requested; or email as indicated in the acceptance forms. (*R15-37*) (*R23-15*) (*R23-42*)

C. The Secretary-Treasurer shall cause to be distributed to each active member in good standing, a list of persons willing to be considered for nomination. Each member may vote for one person for each office from the list of names provided by the Secretary-Treasurer. The most current Status 1 List shall be used to determine the eligibility of a member to vote in the election. An independent disinterested third party shall be responsible for the counting of the nomination ballots. (R92-55) (*R23-42*)

D. Candidates will be considered nominated as follows: (*R23-42*)

   1. National Officer: The three persons who receive the most votes at each domicile for each office.

   2. Domicile Officer: The three persons who receive the most votes for each office.

E. The independent third party shall forward the names of the nominees to the Secretary-Treasurer, who shall include their names on the official ballot in alphabetical order. In the event of a tie for the third place, the tied candidates shall be included on the ballot. (R92-55) If nominated, a member may withdraw his or her nomination at any time prior to the date election voting commences by notifying the Secretary-Treasurer by certified mail, return receipt requested; or email as indicated in the election notice. (*R15-37*) If nominated for more than one office, the member may only accept nomination for a single office and must notify the Secretary-Treasurer in writing of his or her choice by the end of the third business day following the tally

of the nomination round or the member will be placed on the election round ballot for the highest office nominated. (*R19-05*) (*R23-42*)

## Section 3. Election Procedures

A. Subject to the supervision of the Secretary-Treasurer, the independent disinterested third party designated pursuant to *C&B Article IX*, shall also be responsible for the distribution, collection, and counting of the election ballots. The official ballot shall be distributed to all members no less than 21 days prior to the date of the vote count. (R92-55) (*R05-48*) (*R23-42*)

B. Each ballot and each vote on the ballot cast by an active member in good standing shall be counted, provided that the independent third party is able to determine the intention of the voter with sufficient accuracy. Blank ballots and write-in votes shall not be counted. Decisions on whether or how to count a particular ballot or ballots shall be resolved conclusively by the independent third party. (R92-55)

C. The candidate who receives the majority of votes cast for each office shall be deemed elected to that office. The determination of a majority shall be made with respect to each office following the vote count. (R92-55)

D. In the event that no candidate receives a majority of votes cast for a particular office, the Secretary-Treasurer shall cause a runoff election to be concluded within 60 days of the prior vote count. The ballot in the runoff election shall be limited to the two candidates who received the greatest number of votes. In the event of a tie in a runoff election, one candidate shall be eliminated by the drawing of lots. (R92-55)

## Section 4. Election Appeals

The *C&B Article VII* Appeal Board shall also serve as the Association's internal election appeal body. The Appeal Board shall consider all complaints, protests, or appeal concerning APA elections received via certified mail, return receipt requested, in writing from any member in good standing provided they have been received by the Appeal Board, in care of APA's Legal Department, postmarked within 10 business days after the later of the completion of the election or the runoff election. Receipt at APA's Legal Department constitutes receipt by the Appeal Board. Complaints may not be filed prior to the conclusion of an election. The Appeal Board shall consult with and be advised by the Association's Legal Department or general counsel in connection with any election complaint, protest, or appeal prior to issuing any finding or decision. The Appeal Board shall issue its written decision as soon as practicable within 60 days from receipt of a written complaint. The election complaint, the Appeal Board decision, and any subsequent decision by the Department of Labor shall be matters of public record available to members of the Association. The Appeal Board shall issue its written finding or decision as soon as practicable within 60 days of receipt of a written protest, complaint, or appeal. (7/3/1991) (*R04-95*) (*R18-76*)

# ARTICLE X BONDING AND INDEMNIFICATION

## Section 1. Bonding

All officers of the Association shall be bonded in amounts not less than those provided for and required by appropriate federal statute. (1963)

## Section 2. Indemnification

Allied Pilots Association shall indemnify and hold harmless, to the extent permitted by law, the members of the Board of Directors, National Officers, committees, and staff as well as other members authorized by the Association to act on its behalf, against all liabilities, costs, and expenses, including attorney's fees actually and reasonably incurred by him or her in connection with any threatened, pending, or completed legal action or judicial or administrative proceeding to which he or she may be a party, or may be threatened to be made a party, by reason of his or her actions or omissions within the scope of his or her authorized duties on behalf of the Association, except with regard to any matters as to which he or she shall be adjudged in such action or proceeding to be liable for gross negligence, willful misconduct, or criminal conduct in connection therewith. It is the expressed intent of the Association that the indemnity provided for in this Section is an indemnity extended by the Association, as indemnitor, to indemnify and protect those being indemnified from the consequences of their own negligence. The Association may provide such indemnification through the purchase of insurance, or any other means, as the Association deems appropriate. The Association reserves the right to select counsel in connection with any action, actual or threatened, for any person who is provided indemnification pursuant to this provision. With respect to the benefit programs maintained by the Association, the Association shall maintain adequate bonding and liability insurance coverage for the Association and those authorized to act on its behalf in amounts either required by law or deemed appropriate by the Association. (*R00-33*)

## ARTICLE XI CONFLICTS OF INTEREST

(*R00-76*)

A. Summary: The purpose of this statement is to assist Allied Pilots Association and all of its related operations in identifying, disclosing, and resolving real and potential conflicts of interest.

B. Scope: The following statement applies to all members of the Association and its elected National and Domicile Officers, national committee members, and staff, all of whom shall hereafter be referred to as "the National Officers, Board of Directors (BOD), national committee members, and staff."

C. Fiduciary Responsibility: The National Officers, BOD, and staff who serve Allied Pilots Association have a clear obligation to conduct all affairs of the Association in a forthright and honest manner. Each person should make necessary decisions using good judgment and ethical and moral considerations consistent with the Code of Ethics stated in *C&B Appendix A*. All decisions of the National Officers, BOD, national committee members, and staff are to be made solely on the basis of a desire to promote the best interests of the Association and membership.

D. Statement: The National Officers, BOD, national committee members, and staff agree in their dealings with the Association to place the welfare of the Association and membership above personal interests, business interests, interests of family members, or others who may be personally involved in substantial affairs affecting the Association's basic functions.

E. Specific Disclosure: The National Officers, BOD, national committee members, and staff shall disclose by submitting a Conflict of Interest Disclosure Form set forth in *AdMan Appendix A* which fully discloses the precise nature of their interest or involvement when participating in any transactions for the Association which another party to the transaction includes:

1. Himself or herself; or
2. A member of the family (spouse, parents, brothers, sisters, children, and any other immediate relatives); or
3. An organization with which the member of the National Officers, BOD, national committee members, and staff or his or her family is affiliated.

Disclosure of said interest shall be made within five business days of the first knowledge of the potential transaction.

F. General Disclosure: The National Officers, BOD, national committee members, and staff shall disclose by submitting a Conflict of Interest Disclosure Form set forth in *AdMan Appendix A* disclosing all relationships and business affiliations which may now, or in the future, potentially conflict with the interest of the Association or bring personal gain to them, their family, or their business. While it is not practical to list all situations that might lead to a conflict of interest, disclosure of said relationship or affiliation must be made if any member of the National Officers, BOD, national committee members, and staff or members of their family:

1. Is an officer, director, partner, employee, or agent of an organization with which the Association has business dealings; or
2. Is either the actual or beneficial owner of more than 1% of the voting stock or controlling interest of an organization with which the Association has business dealings; or
3. Is a consultant for such an organization; or
4. Has any other direct or indirect dealings with an individual or organization from which he or she materially benefited (e.g., through the receipt directly or indirectly of cash, gifts, or other property).

5. Accepts commissions, a share of profits or other payments, loans (other than with established banking or financial institutions at prevailing market rates), services, preferential treatment, entertainment or travel, or gifts from any individual or organization doing or seeking to do business with APA valued at greater than $100 retail.
6. Buys, sells, or leases, whether directly or indirectly, through another company, firm or individual, any kind of property, facilities, or equipment from or to APA.

G. Reporting of Disclosures: All disclosures by staff will be handled by the Association Secretary-Treasurer and will be held in confidence, except when the Association's best interests would be served by bringing the information to the attention of the National Officers and BOD. All disclosures of the National Officers, BOD, and national committee members shall be handled by the Secretary-Treasurer and maintained in a file that can be inspected by any member of the Association.

H. Restraint of Participation: The National Officers, BOD, national committee members, and staff who have a conflict of interest, real or potential, in any manner shall refrain from participating in the execution of any agreement, contract, or verbal binding of the Association and shall refrain from voting on such matters. National Officers shall execute an Agenda Disclosure Statement found in *AdMan Appendix B* prior to any agenda item that represents a real or potential conflict of interest.

I. Determination of Possible Conflict of Interest: Any individual who is uncertain about a conflict of interest in any manner shall disclose such possible conflict to the appropriate reporting individual, as noted above, using the Conflict of Interest Disclosure Form found in *AdMan Appendix A*, noting the potential conflict and any other information which the individual feels would assist APA Legal in determining if a conflict of interest exists. The Secretary-Treasurer shall notify APA Legal immediately of all disclosures. After the Disclosure Form has been executed, the individual shall be entitled to act as though no conflict of interest exists unless APA Legal notifies him or her otherwise in writing.

J. When to Disclose Conflicts of Interest: Each member shall execute a Conflict of Interest Disclosure Form as set forth in *AdMan Appendix A* in order to qualify as a candidate for National Officer, Domicile Officer, or when nominated for any national committee and before assuming any duties of that office or committee. Staff members shall execute a Conflict of Interest Disclosure Form as set forth in *AdMan Appendix A* when applying for employment. The form shall be maintained by the Secretary-Treasurer for the entire term of office/employment and will be destroyed upon completion of term in office or termination of employment with the Association. If a potential conflict of interest arises subsequent to the submission of the original form, the National Officers, BOD, national committee members or staff member shall complete a Conflict of Interest Form within five business days of becoming aware of the conflict.

K. Failure to Disclose: Each National Officer, BOD, members, and staff member who executes a Disclosure Form recognizes that such filing is a requirement for continued affiliation or employment with the Association, and further, that a knowing failure to disclosure a potential conflict of interest could result in Article VII proceedings or discipline/termination of the employee and become subject to appropriate legal action to recover/return any item obtained in conflict with this policy.

## ARTICLE XII COMMITTEES

A. Standing committees shall be created or modified by the Board of Directors by resolution in accordance with the requirements set forth in the Policy Manual and Administration Manual. The President shall appoint members to the standing committees established by the Board of Directors, except for standing committees that the Board of Directors has reserved the right to elect. Each committee member appointed by the President shall be subject to a vote of affirmation by the Board of Directors in accordance with *PM Section 9.05.E*. (*R91-07*) (*R05-28*) (*R23-43*) (*R24-29*)

B. The President may appoint ad hoc committees in accordance with the requirements of the Policy Manual as necessary to handle special projects that are time sensitive or short term in nature. These ad hoc committees shall not be standing committees and shall remain in effect for not longer than one year. (*R91-07*) (*R00-76*) (*R23-43*) (*R24-29*)

C. The term in office for ad hoc committee members shall conclude with the expiration of the term of the Association's President. (*R23-43*)

D. The President, as appointing authority, has the power to remove or replace any committee member, except for the committees that the Board of Directors has reserved the right to elect. (*R91-07*)

E. Any member appointed or elected to any committee shall comply with the requirements of *PM Section 9.01.C.* "Eligibility to Serve." Any member appointed or elected to any committee shall be subject to removal with or without cause by the Board of Directors. A majority vote of the Board of Directors shall constitute a removal. (*R00-76*) (*R23-43*)

## ARTICLE XIII NEGOTIATIONS AND AGREEMENTS

A. During negotiations having the purpose, intent, or effect of amending, modifying, or extending the Collective Bargaining Agreement, at least two elected members of the APA Negotiating Committee shall be present, either in person or virtually, at all meetings with any member of the Company's Negotiating Committee. At all negotiating meetings considered "on the record," or "attributable," an APA attorney and an APA notetaker must also be present, either in person or virtually. This policy shall be adhered to without exception by the National Officers and Negotiating Committee at all times. At the first joint session of any negotiation or mediation or super-mediation, the President of the APA or the Chair of the APA Negotiating Committee shall notify management's negotiating committee and the National Mediation Board representative, if applicable, of this policy, and that there can be no exceptions to it for any reason. (*R00-70*) (*R23-63*)

B. No National Officer, Board member, or committee member shall conduct conferences or negotiations having the purpose, intent, or effect of amending, modifying, or extending the collective bargaining agreement, with any party, without full disclosure of the existence of such conferences or negotiations to the Board of Directors and membership. If conferences or negotiations are to be held and the subject matter is of a confidential competitive nature, then the Board of Directors and membership shall be so notified. (*R00-71*)

C. Conferences or negotiations shall not be initiated or carried on or concluded in the name of the Association by any member or any group of members thereof to make or establish basic collective bargaining agreement or other agreements without the prior approval of the President or the Board of Directors. (R92-01)

D. The National Officers, Board of Directors, and Negotiating Committee shall not allow the negotiations process or any mediation/super-mediation process to be conducted in haste. The Association will not alter its negotiating procedures because of pressure or the imposition of deadlines set by management or the National Mediation Board (NMB) or other sources. These commonly used tactics must not be allowed to influence the conduct of APA's bargaining because hastily constructed agreements and unwritten or incomplete agreements may result in deficiencies or errors or provisions that later prove to be contrary to the best interests of the union members involved. (R97-114) (*R19-46*) (*R23-42*)

E. Basic collective bargaining agreements and agreements of affiliation or merger with other labor organizations shall be submitted to the Board of Directors for review. After reviewing the agreement, the Board of Directors shall vote to approve or reject the agreement. Only agreements approved by the Board of Directors by a majority vote, both one-man, one-vote and weighted vote, shall be forwarded to the affected membership for a ratification vote. (R92-01) (R97-79) (*R22-49*)

F. The Board of Directors shall determine the date on which an electronic vote on ratification of a collective bargaining agreement or an affiliation/merger agreement will commence. (*R22-40*) (*R23-27*)

1. Active members in good standing are eligible to vote for or against ratification of a collective bargaining agreement. In order to bind the Association, a collective bargaining agreement shall be ratified by a majority vote of the participating members.

2. Any pilot employed as a qualified flight deck operating crew member with American Airlines who is accruing seniority, furloughed, or on a leave of absence is eligible to vote for or against ratification of an affiliation/merger agreement. In order to change representation, an affiliation/merger agreement shall be ratified by a majority vote of the craft or class.

3. During the voting period for either vote, eligible voters may cast their electronic ballot. The voting period shall remain open for no less than 14 days. The membership shall be notified of the results once the voting period has closed and the votes have been tabulated.

G. In order to bind the Association, amendments to the basic collective bargaining agreements relative to pay, benefits or work rules, scope, successorship, and any agreements involving seniority list integration shall be ratified by the Board of Directors. (R92-01)

H. Nothing in this *C&B Article XIII* shall prohibit APA from accepting a proffer of binding arbitration under the provisions of the Railway Labor Act. Acceptance of a proffer of binding arbitration must be approved in advance by the Board of Directors by a majority vote, both one-man, one-vote and weighted vote. (*R12-04*) (*R22-49*)

## ARTICLE XIV AMENDMENTS

A. The Constitution and Bylaws may be amended by an affirmative two-thirds vote of the Board of Directors. (1963) In accordance with Article I Section 4.C., such amendments must be presented via resolution. (*R24-29*)

B. Any amendment to the Constitution and Bylaws shall not become effective after the two-thirds affirmation referred to above, for 100 days after the completed vote has transpired. (1963) (*R24-29*)

If, during such 100-day abeyance period, 30% of the active membership petitions the Secretary-Treasurer requesting a referendum of the subject amendment, the Secretary-Treasurer shall circulate such a referendum ballot to the active membership. The ballot shall contain the proposal to be voted on and shall state a reasonable deadline for the return of the ballots. (1964) (*R24-29*)

C. Amendments to Election or Recall Procedures for National and Domicile Officers passed by an affirmative vote of two-thirds of the Board of Directors will be subject to approval by the membership by way of a referendum ballot. (*R14-21*)

D. The Board of Directors may also, at their discretion, direct other amendments to the Constitution and Bylaws be sent to members in good standing for approval by referendum by a two-thirds vote of the Board. (*R14-21*)

1. The Secretary-Treasurer shall, within 30 days, circulate such ballots to the active membership. The ballot shall contain the proposition to be voted on and shall state a reasonable deadline for the return of the ballots.
2. An affirmative vote of a majority of the active members casting ballots shall be required for passage of the referendum. Upon approval, the 100-day abeyance period from *C&B Article XIII, B*. shall be waived and the amendment will become effective immediately or on the date stated in the amendment in question.

E. The Constitution and Bylaws may also be altered, amended, or added to in the following manner:

1. Thirty percent (30%) of the active members in good standing may petition the Secretary-Treasurer requesting a referendum ballot for altering, amending, or adding to the Constitution and Bylaws. All such petitions must bear a signature date no earlier than 120 days prior to submission to the Secretary-Treasurer. The Secretary-Treasurer shall, within 30 days, circulate such ballots to the active membership. The ballot shall contain the proposition to be voted on and shall state a reasonable deadline for the return of the ballots. (1975)
2. Any referendum petitions submitted to the Secretary-Treasurer by virtue of this *C&B Article XIV*. shall contain the petitioner's name printed in block letters, his or her signature, seniority number, domicile, and date of that signature. (1975)
3. An affirmative vote of two-thirds of the active members casting ballots shall be required for passage of the referendum ballot. (1975) (*R14-21*)

## Appendix A: CODE OF ETHICS

*(February 16, 2001)*

APA's NATIONAL OFFICERS, DOMICILE OFFICERS, STAFF, CONSULTANTS, AND NATIONAL COMMITTEES

I will faithfully discharge the duty I owe the Association, which makes possible my way of life.

I will respect other officers, committee members, and employees of the Association, remembering that respect does not entail subservience.

I will do all within my powers to discharge my duties efficiently and in a manner that will not cause unnecessary delays or expense.

I will faithfully adhere to the policies, directives, and resolutions of the Board of Directors.

I will realize that as a representative of the Association, I will at all times keep my personal appearance and conduct above reproach.

I will direct any criticism or proposed changes to the proper authorities within the Association.

I will hold the Association's business secrets in confidence, and will take care that they are not improperly revealed.

In dealing with others, I will expect efficient performance, yet I will overlook small discrepancies and refrain from unnecessary and destructive criticism.

I will conduct my affairs with the Association in such a manner as to bring credit to the Association and to myself.

I will conduct my affairs with the Association and its members in accordance with the rules laid down in the Constitution and Bylaws of the Association and the interpretations promulgated therefrom.

I shall refrain from taking advantage of the confidence reposed in me by my fellow members. If I am called upon to represent the Association in any dispute, I will do so to the best of my ability, fairly and fearlessly, relying on the influence and power of the Association to protect me.

I will regard myself as a debtor to the Association and will dedicate myself to its advancement.

I will not publish articles, give interviews, or permit my name to be used in any manner likely to bring discredit to the Association.

I will continue to keep abreast of labor developments so that my skill and judgment, which heavily depend on such knowledge, may be of the highest order.

I will endeavor to my utmost to faithfully fulfill the obligations of the Allied Pilots Association Code of Ethics.

*Ethics are not learned by teaching; they are inculcated by example and by experience. To a man or woman of honor, ethics come as naturally as good table manners.*

---

There are many rights guaranteed by the United States Government through the Labor Department and other government agencies. The Labor Management Reporting and Disclosure Act of 1989, As Amended provides a wealth of information regarding your fundamental rights as a union member. To obtain a copy of this Act, you may write to:

U.S. Department of Labor

Office of Labor-Management Standards

Washington, DC 20210

or you can request it by telephone. Offices are located in many major cities throughout the United States and are listed under United States Government, Labor Department, and Office of Labor-Management Standards. (09/20/89)