*** Filed ***
03:48 AM, 21 Oct, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**LAWRENCE MEADOWS,**
Plaintiff,

**v.**

**AMERICAN AIRLINES, INC., et al.,**
Defendants.

**CASE NO. 2:26-cv-00679-EK-ARL**
**HONORABLE ERIC R. KOMITEE**
_________________________________/

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT ALLIED PILOTS ASSOCIATION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lawrence Meadows, hereby gives notice that all claims asserted against Defendant Allied Pilots Association are voluntarily dismissed without prejudice. No admission is made concerning the merits, limitations, jurisdiction, venue, or preclusion of any claim. Each party shall bear its own attorneys' fees and costs incurred in this action.

Dated: October 21, 2026

Respectfully submitted,

L. M. Meadows
_____________________________
Lawrence M. Meadows
Plaintiff, *Pro Se*
1900 Sunset Harbour Drive, #2112
Miami Beach, FL 33139
Telephone: (516) 982-7718
Email:lawrencemeadows@yahoo.com

## CERTIFICATE OF SERVICE

I, Lawrence Meadows, hereby certify that on October 21, 2026, I filed the foregoing via the Court's CM/ECF Pro Se Portal, which will cause a notice of electronic filing to be sent to all registered counsel listed below, and also sent via email and U.S. Mail.

________________________
Lawrence M. Meadows
Plaintiff, Pro Se

**Service List**

**Joshua B. Shiffrin**
**John M. Pelletieri**
**Lane M. Shadgett**
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
jshiffrin@bredhoff.com
lshadgett@bredhoff.com
jpellettieri@bredhoff.com
*Counsel for Defendants Allied Pilots Association*